ot                                                                    THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MCNAE and RONDA MCNAE, | Case No. 2:24-cv-00211-TL |
| Plaintiffs, | |
| v. | NOTICE TO WITHDRAW DEFENDANT ARAG INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE AMENDED ANSWER *INSTANTER* |
| ARAG INSURANCE COMPANY, | |
| Defendant. | |

Please take notice that Defendant ARAG Insurance Company, hereby withdraws its Motion for Leave to File Amended Answer *Instanter* (Dkt 26), which is currently noted for July 18, 2024.

DATED: July 9, 2024.

JENSEN MORSE BAKER PLLC


By  *s/Benjamin J. Roesch*
    Gabriel Baker, WSBA No. 28473
    gabe.baker@jmblawyers.com
    Benjamin Roesch, WSBA No. 39960
    benjamin.roesch@jmblawyers.com
    520 Pike Street; Suite 2375
    Seattle, WA  98101

NOTICE TO WITHDRAW DEFENDANT ARAG INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE AMENDED ANSWER *INSTANTER* - 1

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

Attorneys for Defendant ARAG Insurance Company

SQUIRE PATTON BOGGS (US) LLP

Michael T. Mullaly (*pro hac vice*)
michael.mullaly@squirepb.com
2000 Huntington Center
41 South High Street
Columbus, OH  43215

Attorneys for Defendant, ARAG Insurance Company

NOTICE TO WITHDRAW DEFENDANT ARAG INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE AMENDED ANSWER *INSTANTER* - 2

**JENSEN MORSE BAKER PLLC**
520 Pike Street; Suite 2375
Seattle, Washington 98101
Phone: 206.682.1550

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 9th day of July, 2024, the document attached hereto was delivered to the below counsel in the manner indicated:

*Counsel for Plaintiffs*

Isaac Ruiz, WSBA #35237
McKean J. Evans, WSBA #52750
David Fadduol, WSBA #61126
Ruiz & Smart LLP
901 Fifth Avenue, Suite 820
Seattle, WA 98164
iruiz@ruizandsmart.com
mevans@ruizandsmart.com
dfadduol@ruizandsmart.com
CJarman@ruizandsmart.com
Plewis@ruizandsmart.com
Smckeon@ruizandsmart.com

☒ Via CM/ECF
☒ Via electronic mail
☐ Via U.S. Mail, postage prepaid
☐ Via Facsimile
☐ Via Courier
☐ Via Overnight delivery

*Co-Counsel for ARAG Insurance Company*

Michael T. Mullaly (*pro hac vice*)
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH  43215
michael.mullaly@squirepb.com

☒ Via CM/ECF
☒ Via electronic mail
☐ Via U.S. Mail, postage prepaid
☐ Via Facsimile
☐ Via Courier
☐ Via Overnight delivery

DATED this 9th day of July, 2024, in Kansas City, MO.

By *s/Gwendolyn M. Wall*
Gwendolyn M. Wall, Paralegal