HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM MCNAE and RONDA MCNAE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ARAG INSURANCE COMPANY,<br><br>Defendant. | No. 2:24-cv-00211 TL<br><br>STIPULATION FOR LEAVE TO WITHDRAW<br><br>NOTE ON MOTION CALENDAR:<br><br>**October 8, 2024** |

The parties hereby stipulate and move the court for an order granting the withdrawal of attorneys Isaac Ruiz and David Fadduol of Ruiz & Smart LLP.

The plaintiffs' contact information are:

William McNae
504 11th Pl.
Kirkland, WA 98033
425-941-7374

Ronda McNae
504 11th Pl.
Kirkland, WA 98033
206-914-6752

RESPECTFULLY SUBMITTED this 8th day of October 2024.

STIPULATION FOR LEAVE TO WITHDRAWAL
(No. 2:24-cv-01379) - 1

RUIZ & SMART LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

| | |
|---|---|
| **RUIZ & SMART LLP**<br><br>By: s/ *Isaac Ruiz*<br>Isaac Ruiz, WSBA #35237<br>iruiz@ruizandsmart.com<br><br>By: s/ *David Fadduol*<br>David Fadduol, WSBA #61126<br>dfadduol@ruizandsmart.com<br><br>*Counsel for Plaintiffs* | By: /s/ William McNae<br>William McNae<br>Pro se<br><br>By: /s/ Ronda McNae<br>Ronda McNae<br>Pro se |
| **SQUIRE PATTON BOGGS LLP**<br><br>By: s/ Michael Mullaly<br>Michael Mullaly, *pro hac vice*<br><br>**JENSEN MORSE BAKER PLLC**<br><br>By: s/ Benjamin Roesch<br>Gabriel Baker, WSBA #28473<br>Benjamin Roesch, WSBA #39960<br><br>*Counsel for Defendant* | |

[PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED, that attorneys Isaac Ruiz and David Fadduol of Ruiz & Smart LLP are permitted to withdraw as counsel of record for plaintiffs.

IT IS SO ORDERED.

Dated this ____ day of October 2024.

_____
THE HONORABLE TANA LIN
United States District Court Judge

STIPULATION FOR LEAVE TO
WITHDRAWAL
(No. 2:24-cv-01379) - 2

RUIZ & SMART LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702