# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM MCNAE and RONDA MCNAE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ARAG INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:24-cv-00211-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

In their Stipulation for Leave to Withdraw (Dkt. No. 36), the Parties seek permission for the withdrawal of Plaintiffs' attorneys Isaac Ruiz and David Fadduol of Ruiz & Smart LLP. A third attorney of the same firm (McKean Evans) is also listed as counsel of record for Plaintiffs but did not sign the stipulation. *See* LCR 83.2(b)(3). It is unclear whether Plaintiffs remain represented. Accordingly, the Stipulation is STRICKEN with leave to refile a notice or motion in accordance with the appropriate subsection of LCR 83.2(b).

Dated this 8th day of October 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1