HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM MCNAE and RONDA MCNAE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ARAG INSURANCE COMPANY,<br><br>Defendant. | No. 2:24-cv-00211 TL<br><br>STIPULATION FOR LEAVE TO WITHDRAW<br><br>NOTE ON MOTION CALENDAR<br><br>**October 9, 2024** |

The parties hereby stipulate and move the court for an order granting the withdrawal of attorneys Isaac Ruiz, David Fadduol, and McKean Evans of Ruiz & Smart LLP.

The plaintiffs' contact information are:

William McNae
504 11th Pl.
Kirkland, WA 98033
425-941-7374

Ronda McNae
504 11th Pl.
Kirkland, WA 98033
206-914-6752

RESPECTFULLY SUBMITTED this 9th day of October 2024.

STIPULATION FOR LEAVE TO WITHDRAWAL
(No. 2:24-cv-01379) - 1

**Ruiz & Smart LLP**
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

| | |
|---|---|
| **RUIZ & SMART LLP**<br><br>By: s/ *Isaac Ruiz*<br>Isaac Ruiz, WSBA #35237<br>iruiz@ruizandsmart.com<br><br>By: s/ *David Fadduol*<br>David Fadduol, WSBA #61126<br>dfadduol@ruizandsmart.com<br><br>By: s/ *McKean Evans*<br>David Fadduol, WSBA #52750<br>mevans@ruizandsmart.com<br><br>*Counsel for Plaintiffs* | By: _____<br>William McNae<br>Pro se<br><br>By: _____<br>Ronda McNae<br>Pro se |
| **SQUIRE PATTON BOGGS LLP**<br><br>By: s/ *Michael Mullaly*<br>Michael Mullaly, *pro hac vice*<br><br>**JENSEN MORSE BAKER PLLC**<br><br>By: s/ *Benjamin Roesch*<br>Gabriel Baker, WSBA #28473<br>Benjamin Roesch, WSBA #39960<br><br>*Counsel for Defendant* | |

### [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED, that attorneys Isaac Ruiz, David Fadduol, and McKean Evans of Ruiz & Smart LLP are permitted to withdraw as counsel of record for plaintiffs.

IT IS SO ORDERED.

Dated this _____ day of October 2024.

STIPULATION FOR LEAVE TO WITHDRAWAL
(No. 2:24-cv-01379) - 2

RUIZ & SMART LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

1
2
3   THE HONORABLE TANA LIN
    United States District Court Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION FOR LEAVE TO
WITHDRAWAL
(No. 2:24-cv-01379) - 3

**Ruiz & Smart LLP**
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

# 2024 10 08 Stipulated Motion and Order to Withdraw

Final Audit Report                                                                 2024-10-09

| | |
|---|---|
| Created: | 2024-10-08 |
| By: | Chris Jarman (cjarman@plaintifflit.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAASZnXtemE56kEUi2eXZ8Nh8ucbqYnRGNe |

## "2024 10 08 Stipulated Motion and Order to Withdraw" History

- Document created by Chris Jarman (cjarman@plaintifflit.com)
  2024-10-08 - 11:22:21 PM GMT

- Document emailed to ronda McNae (rondamcnae@gmail.com) for signature
  2024-10-08 - 11:22:25 PM GMT

- Document emailed to Will McNae (willmcnae@gmail.com) for signature
  2024-10-08 - 11:22:25 PM GMT

- Email viewed by Will McNae (willmcnae@gmail.com)
  2024-10-08 - 11:33:32 PM GMT

- Document e-signed by Will McNae (willmcnae@gmail.com)
  Signature Date: 2024-10-08 - 11:33:56 PM GMT - Time Source: server

- Email viewed by ronda McNae (rondamcnae@gmail.com)
  2024-10-09 - 0:08:03 AM GMT

- Document e-signed by ronda McNae (rondamcnae@gmail.com)
  Signature Date: 2024-10-09 - 0:08:14 AM GMT - Time Source: server

- Agreement completed.
  2024-10-09 - 0:08:14 AM GMT

Adobe Acrobat Sign