1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

12

13

WILLIAM MCNAE and RONDA
MCNAE, husband and wife,

                    Plaintiffs,

          v.

14

15

ARAG INSURANCE COMPANY,

                    Defendant.

CASE NO. 2:24-cv-00211-TL

ORDER ON STIPULATION FOR
LEAVE TO WITHDRAW

16

17

18

19

        Pursuant to the Stipulation for Leave to Withdraw (Dkt. No. 38), it is hereby ORDERED

that attorneys Isaac Ruiz, David Fadduol, and McKean Evans of Ruiz & Smart LLP are

permitted to withdraw as counsel of record for Plaintiffs.

20

        Dated this 9th day of October 2024.

21

22

23

_____
Tana Lin
United States District Judge

24