1

THE HONORABLE TANA LIN

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

WILLIAM MCNAE and RONDA MCNAE,

9

Plaintiffs,

10

v.

11

ARAG INSURANCE COMPANY,

12

Defendant.

13

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:24-cv-00211-TL

DECLARATION OF MICHAEL
MULLALY IN SUPPORT OF ARAG
INSURANCE COMPANY'S
OPPOSITION TO PLAINTIFFS'
MOTION TO STAY

14    I, Michael Mullaly, declare that the following statements are true and correct under

15    penalty of perjury under the laws of the United States of America:

16    1.    I am counsel for ARAG Insurance Company ("ARAG"), admitted pro hac vice

17    in this matter.  I am of legal age, am competent to testify, and have personal knowledge of the

18    matters herein.

19    2.    Attached hereto as **Exhibit 1** is a true and correct copy of that certain

20    Confidential Settlement Agreement between Michael J. Fitzgerald, Ronda McNae, and Will

21    McNae dated June 15, 2020, as filed as Exhibit A to the Amended Complaint in the lawsuit

22    captioned *Fitzgerald and de Varona v. McNae*, Case No. 1:22-cv-22171-JEM in the U.S.

23    District Court for the Southern District of Florida (the "Federal Lawsuit").

24

DECLARATION OF MICHAEL MULLALY - 1
NO. 2:24-cv-00211-TL

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

1    3.    Attached hereto as **Exhibit 2** is a true and correct copy of the Amended

2  Complaint, filed on December 30, 2022 as Document 27 in the Federal Lawsuit, without

3  exhibits.

4    4.    Attached hereto as **Exhibit 3** is a true and correct copy of the Complaint, filed

5  on July 14, 2022 as Document 1 in the Federal Lawsuit.

6    5.    Attached hereto as **Exhibit 4** is a true and correct copy of the Amended Order

7  on Motion to Dismiss Amended Complaint, entered on October 24, 2023 in the Federal

8  Lawsuit.

9    6.    Attached hereto as **Exhibit 5** is a true and correct copy of the Complaint filed in

10  in the lawsuit captioned *Fitzgerald v. McNae*, Case No. 2023-025855-CA-01 in Miami-Dade

11  County Circuit Court (the "State Lawsuit").

12    7.    Attached hereto as **Exhibit 6** is a true and correct copy of Attorney Gomez's

13  Entry of Appearance, filed on April 5, 2024 as Document 161 in the Federal Lawsuit.

14    8.    Attached hereto as **Exhibit 7** is a true and correct copy of Objection to Motion

15  to Withdraw and Request for Hearing Via Zoom, filed on September 25, 2024 as Document

16  209 in the Federal Lawsuit.

17    9.    Attached hereto as **Exhibit 8** is a true and correct copy of Attorney Gomez's

18  Motion to Withdraw, filed on September 24, 2024 as Document No. 207 in the Federal Lawsuit.

19    10.    Attached hereto as **Exhibit 9** is a true and correct copy of attorney Gomez's

20  Reply to Ronda McNae's Objection to Motion to Withdraw, filed on September 27, 2024 as

21  Document 213 in the Federal Lawsuit.

22    11.    Attached hereto as **Exhibit 10** is a true and correct copy of the Order Granting

23  Motion to Withdraw as Counsel, entered on October 2, 2024 as Document 216 in the Federal

24  Lawsuit.

DECLARATION OF MICHAEL MULLALY - 2
NO. 2:24-cv-00211-TL

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

1    12.    Attached hereto as **Exhibit 11** is a true and correct copy of Nichelle Womble's

2    Notice of Appearance and Designation of Email Addresses, filed on February 10, 2025 as

3    Document 291 in the Federal Lawsuit.

4    13.    Attached hereto as **Exhibit 12** is a true and correct copy of ARAG's August 26,

5    2024 discovery requests to Ronda McNae in the above-captioned lawsuit.  To date, Ms. McNae

6    has not served objections or written responses to these requests, or produced documents.

7    14.    Attached hereto as **Exhibit 13** is a true and correct copy of ARAG's August 26,

8    2024 discovery requests to Will McNae in the above-captioned lawsuit.  To date, Mr. McNae

9    has not served objections or written responses to these requests, or produced documents.

10    15.    Attached hereto as **Exhibit 14** is a true and correct copy of an email chain

11    between me and the McNaes' former counsel, David Faddoul (copying others) from September

12    16-23, 2024.

13    16.    I, on behalf of ARAG, agreed to several extensions of the McNaes' deadline to

14    respond to the discovery requests attached as **Exhibits 12** and **13** above, culminating in a

15    response date of January 27, 2025.  To date, counsel for ARAG have not received written

16    objections, responses, or any production of documents in response to these requests.

17    17.    Attached hereto as **Exhibit 15** is a true and correct copy of an email chain

18    between Ms. McNae and me (copying Mr. McNae) dated February 11-14, 2025.  One email

19    from Ms. McNae included an attachment, which related to the structure of a settlement

20    proposal, and has therefore been omitted as irrelevant to this motion.

21    18.    Attached hereto as **Exhibit 16** is a true and correct copy of Plaintiffs' Response

22    in Opposition to Defendant Ronda McNae's Motion to Sanction Opposing Counsel and Mrs.

23    Yeleny de Varona, filed on February 27, 2024 as Document 154 in the Federal Lawsuit.

24

DECLARATION OF MICHAEL MULLALY - 3
NO. 2:24-cv-00211-TL

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

1    19.    Attached hereto as **Exhibit 17** is a true and correct copy of Defendant ARAG

2  Insurance Company's Responses and Objections to Plaintiffs' Second Set of Interrogatories

3  and Requests for Production, dated August 12, 2024.

4    20.    Attached hereto as **Exhibit 18** is a true and correct copy of an email chain

5  between me and David Faddoul, copying others, dated August 13 – 26, 2024.  The exhibits to

6  my August 26, 2024 email are omitted, as they are the discovery requests attached hereto as

7  **Exhibits 12 and 13.**  The link in my August 26, 2026 email is now deactivated, but permitted

8  the McNaes' former counsel access to ARAG's document production.

9    21.    Attached hereto as **Exhibit 19** is a true and correct copy of an email from me to

10  the McNaes dated February 20, 2025, which includes a link to download a supplement to

11  ARAG's prior document productions, and attaching two written discovery supplements.

12  Because that link permits access to discovery materials marked CONFIDENTIAL under the

13  stipulated protective order in this case, it has been redacted.  (In abundance of caution, the file

14  to which the link points is also protected by a randomly-generated password also shared with

15  Mr. and Ms. McNae.)

16    22.    Attached hereto as **Exhibit 20** is a true and correct copy of ARAG's February

17  20, 2025 supplement to its initial disclosures, which was an attachment to the email attached

18  hereto as **Exhibit 19.**

19    23.    Attached hereto as **Exhibit 21** is a true and correct copy of ARAG's February

20  20, 2025 supplemental responses to Plaintiffs' Second Set of Interrogatories and Requests for

21  Production, which was an attachment to the email attached hereto as **Exhibit 19.**

22    24.    Attached hereto as **Exhibit 22** is a true and correct copy of an email from me to

23  the McNaes dated February 20, 2025, seeking to confer in good faith with the McNaes

24

DECLARATION OF MICHAEL MULLALY - 4
NO. 2:24-cv-00211-TL

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

1  regarding ARAG's forthcoming motion for partial summary judgment based upon ERISA

2  preemption.

3       25.    Attached hereto as **Exhibit 23** is a true and correct copy of a Subpoena to Testify

4  at a Deposition in a Civil Action served by the McNaes' prior counsel on Microsoft Corporation

5  on or about July 18, 2024.

6       26.    Attached hereto as **Exhibit 24** is a true and correct copy of a Subpoena to

7  Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil

8  Action served by the McNaes' prior counsel on Microsoft Corporation on or about July 18,

9  2024.

10       27.    Attached hereto as **Exhibit 25** is a true and correct copy of a declaration of

11  service, dated July 19, 2024, for the deposition and document subpoenas attached hereto as

12  **Exhibits 23 and 24.**

13       28.    Attached hereto as **Exhibit 26** is a true and correct copy of an email chain

14  between me and David Faddoul, copying others, dated August 13-14, 2024.  Counsel for ARAG

15  planned to depose the McNaes after receiving their written discovery responses and document

16  production, and before the parties' scheduled November 13, 2024 mediation with Judge Kallas.

17  That mediation had to be cancelled after the McNaes' prior counsel withdrew from this case.

18       29.    The McNae's motion refers to an allegedly improper disclosure of information

19  by ARAG to Fitzgerald's counsel in the Federal Case.  Based on their description – including

20  prior descriptions in Ms. McNae's email, I believe that they are referring to a December 14,

21  2023 call from Fitzgerald's counsel to ARAG's customer support number, a recording of which

22  ARAG has produced in this case in MP3 format under Bates number ARAG000071.  I have

23  listened to that recording, and as an offer of proof state that to my hearing the ARAG customer

24  service representative did not disclose details of the ARAG insurance or any private matter

DECLARATION OF MICHAEL MULLALY - 5
NO. 2:24-cv-00211-TL

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

1    involving the McNaes.  In any event, Fitzgerald's counsel indicates on the call that Ms. McNae

2    had previously produced a copy of the ARAG insurance to Fitzgerald in the Federal Lawsuit.

3    ARAG will submit the call recording for in-camera review upon the request of the Court.

4

5         Dated this 20th day of February 2024, at Columbus, Ohio.

6

7                                         /s/ Michael Mullaly
                                          Michael Mullaly
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DECLARATION OF MICHAEL MULLALY - 6
NO. 2:24-cv-00211-TL

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

## CERTIFICATE OF SERVICE

Pursuant to the laws of the United States and the State of Washington, the undersigned certifies under penalty of perjury that on the 20th day of February, 2025, the document attached hereto was served upon the below counsel in the manner indicated:

*Pro Se Plaintiff*

William McNae
504 11th Place
Kirkland, WA  98033
prose.wmcnae@gmail.com

☐ Via CM/ECF
☒ Via electronic mail
☐ Via U.S. Mail, postage prepaid
☐ Via Facsimile
☒ Via Courier
☐ Via Overnight delivery

*Pro Se Plaintiff*

Ronda McNae
504 11th Place
Kirkland, WA  98033
prose.rmcnae@gmail.com

☒ Via CM/ECF
☒ Via electronic mail
☐ Via U.S. Mail, postage prepaid
☐ Via Facsimile
☐ Via Courier
☐ Via Overnight delivery

DATED this 20th day of February, 2025, in Kansas City, MO.

By *s/Gwendolyn M. Wall*
Gwendolyn M. Wall, paralegal

CERTIFICATE OF SERVICE - 7
Case No. 2:24-cv-00211-TL

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550