*EXHIBIT 13*

THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM MCNAE and RONDA MCNAE,  )
                                )
                Plaintiffs,     )   Case No. 2:24-cv-00211-TL
                                )
    v.                          )   DEFENDANT'S FIRST SET OF
                                )   INTERROGATORIES AND
ARAG INSURANCE COMPANY,         )   REQUESTS FOR PRODUCTION TO
                                )   PLAINTIFF WILLIAM MCNAE
                Defendant.      )
_____)

**DEFENDANT'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF WILLIAM MCNAE**

**INSTRUCTIONS**

In accordance with Fed. R. Civ. P. 26 and 33, please answer the following interrogatories fully and separately under oath no later than 30 days from the date of service of this request.

In accordance with Fed. R. Civ. P. 26 and 34, please answer the following requests for production fully and separately and produce the documents designated for inspection and copying at the office of Jensen Morse Baker PLLC at a mutually agreed time no later than 30 days from the date of service of this request. Pursuant to Fed. R. Civ. P. 34(b)(1)(C), please produce all electronically stored information in native format.

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 1
NO. 2:24-cv-00211-TL

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

1    When referring to a person, "to identify" means to give, to the extent known, the

2    person's full name, present or last known address, and when referring to a natural person,

3    additionally, the present or last known place of employment.

4    When referring to documents, "to identify" means to give, to the extent known, the (i)

5    type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s),

6    addressee(s) and recipient(s).  In the alternative, you may produce the documents, together with

7    identifying information sufficient to satisfy Fed. R. Civ. P. 33(d).

8    The terms "all," "any," and "each" must each be construed as encompassing any and

9    all.  The connectives "and" and "or" must be construed either disjunctively or conjunctively as

10    necessary to bring within the scope of the discovery request all responses that might otherwise

11    be construed to be outside of its scope.  The use of the singular form of any word includes the

12    plural and vice versa.

13    THESE DISCOVERY REQUESTS ARE CONTINUING IN NATURE AND YOU

14    ARE REQUESTED TO SUPPLEMENT ALL RESPONSIVE INFORMATION AND

15    DOCUMENTS LATER FOUND OR OBTAINED THAT ALTER OR AUGMENT THE

16    RESPONSES NOW GIVEN.

17    **CLAIMS OF PRIVILEGE OR PROTECTION**

18    If you invoke or rely upon privilege of any kind, state specifically the nature of the

19    privilege and the factual and legal basis upon which you assert it.  Additionally, if you assert

20    privilege of any kind or work product protection with respect to any document requested,

21    identify such document in your written response, giving the following information: (a) nature

22    of privilege or protection invoked; (b) date of document; (c) author of document; (d) addressee

23    of document; (e) nature of document, such as memorandum, letter, etc.; (f) all persons who

24    have received a copy of the document; and (g) the general subject matter of the document.

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 2
NO. 2:24-cv-00211-TL

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**DEFINITIONS**

As used in these discovery requests, the terms listed below are defined as follows:

"Alaina Fotiu-Wojtowicz" means attorney Alaina Fotiu-Wojtowicz and the law firm Brodsky Fotiu-Wojtowicz, PLLC.

"ARAG" means ARAG Insurance Company.

"Communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise), whether orally, visually, or in writing and any evidence of such, including, without limitation, any conversation, discussion, or other exchange of information whether in person or by means of letter, e-mail, fax, telephone, notes or logs of telephone conversations, daily calendars, diaries, memoranda, or any other medium, including electronic audio and/or video device.

"Concerning," "relating to," "referring to," "describing," "evidencing," and "constituting" each shall include the meaning(s) ascribed to any of the other listed terms.

"Confidential Settlement Agreement" means that certain Confidential Settlement Agreement dated June 15, 2020 by and among Michael Fitzgerald, Ronda McNae, and William "Will" McNae.

"Document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A).  A draft or non-identical copy is a separate document within the meaning of this term.

"ERISA" means the Employee Retirement Income Security Act of 1974 as amended (29 U.S.C. §§ 1001 *et seq.*).

"Federal Court Action" means the lawsuit captioned *Michael Fitzgerald v. Ronda McNae et al.*, No. 1:22-cv-22171-JEM, U.S. District Court for the Southern District of Florida.

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 3
NO. 2:24-cv-00211-TL

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

1   "Medical Records" means all files, notes, charts, notations, and records, including

2   without limitation any reports of diagnosis, prognosis, or causation, pertaining to the diagnosis,

3   observation, or treatment of William McNae by any physician or other licensed medical or

4   psychological provider for any actual, alleged, or possible condition, ailment, or symptom in

5   connection with which William McNae intends to seek damages from ARAG in connection

6   with this litigation.

7   "Michael Fitzgerald" means the natural person who is Plaintiff in the Federal Court

8   Action.

9   "Microsoft" means Microsoft Corporation and the Microsoft Corporation Welfare Plan.

10   "Microsoft Policy" means Policy 10377 issued by ARAG to Policyholder Microsoft

11   Corporation and produced in this litigation as ARAG002542-ARAG002668.

12   "Richard Gomez" means attorney Richard Gomez and the law firm Law Offices of

13   Gomez & Gomez.

14   "Stephanie Casey" means attorney Stephanie Casey and the law firm Colson Hicks

15   Eidson.

16   "Underlying Litigation" means (a) the Federal Court Action and/or (b) the lawsuit

17   captioned *Michael Fitzgerald v. William McNae*, Case No. 2023-025855-CA-01, Circuit Court

18   of the 11th Judicial Circuit for Miami-Dade County, Florida.

19   "You" and "your" refer to William McNae.

20

21

22

23

24

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 4
NO. 2:24-cv-00211-TL

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

**INTERROGATORIES**

**INTERROGATORY NO. 1:** Please identify any communication, aside from an ARAG policy or ARAG certificate, that you allege defines or affects the existence or scope of your rights under any ARAG policy or ARAG certificate.

**RESPONSE:**

**INTERROGATORY NO. 2:** Please identify by date, participants, and contents any communication that you allege affected your decision to obtain coverage under any ARAG policy or ARAG certificate.

**RESPONSE:**

**INTERROGATORY NO. 3:** Do you have any criticism(s) of Stephanie Casey's handling of the Federal Court Action? If so, please: (a) identify the criticism; (b) state its full factual basis; (c) identify the date when it arose; (d) identify any injury sustained or feared as a result of the conduct that is the subject of the criticism; (e) state whether the conduct that is the subject of the criticism has been rectified; and (f) identify any communications addressing the conduct that is the subject of the criticism.

**RESPONSE:**

**INTERROGATORY NO. 4:** Do you have any criticism(s) of Richard Gomez's handling of the Underlying Litigation? If so, please: (a) identify the criticism; (b) state its full factual basis; (c) identify the date when it arose; (d) identify any injury sustained or feared as a result of the conduct that is the subject of the

FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 5
NO. 2:24-cv-00211-TL

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

1  subject of the criticism has been rectified; and (f) identify any communications addressing the

2  conduct that is the subject of the criticism.

3      **RESPONSE:**

4

5      **INTERROGATORY NO. 5:** Please identify any person, including any attorney, who

6  participated in the drafting or review of any court filing in the Underlying Litigation that you

7  submitted as a pro se filing and describe each such person's participation.

8      **RESPONSE:**

9

10     **INTERROGATORY NO. 6:** Please identify any efforts you made, any challenges you

11  encountered, and any communications in which you (or your spouse) participated to obtain

12  defense counsel to represent you or your spouse in the Underlying Litigation, including without

13  limitation during the periods (a) in or around July 2022 and August 2022; (b) in or around

14  December 2022 and January 2023; and (c) on or after November 20, 2023.

15     **RESPONSE:**

16

17     **INTERROGATORY NO. 7:** Please identify and describe each attribute of Stephanie

18  Casey that caused you to retain her.

19     **RESPONSE:**

20

21     **INTERROGATORY NO. 8:** Please identify and describe each attribute of Richard

22  Gomez that caused you to retain him, and state the date on which you did so.

23     **RESPONSE:**

24

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 6
NO. 2:24-cv-00211-TL

1    **INTERROGATORY NO. 9:** For all damages (including without limitation

2    consequential or noneconomic damages) and injunctive relief to which you contend you are

3    legally entitled and/or which you intend to seek in this litigation, please describe the damages

4    or injunctive relief, state the full factual basis for your entitlement to them, and in the case of

5    damages state all facts relevant to their valuation or quantification.

6    **RESPONSE:**

7

8    **INTERROGATORY NO. 10:** If you contend you are legally entitled to emotional

9    distress damages and/or intend to seek the same in this litigation, please describe the nature and

10   severity of any emotional distress or mental health concern within the past ten years, including

11   the time periods during which you experienced it, its causes, its effects, its treatment, and its

12   current status.

13   **RESPONSE:**

14

15   **INTERROGATORY NO. 11:** Please identify with specificity each provision of the

16   Unfair Claim Settlement Practices Regulation (*see* Am. Compl. ¶ 82) that you contend ARAG

17   violated and the full factual basis supporting each such contention.

18   **RESPONSE:**

19

20   **INTERROGATORY NO. 12:** Please state the full factual basis for your allegation that

21   ARAG's conduct was unreasonable and in bad faith (*see* Am. Compl. ¶ 74), including without

22   limitation identifying with specificity each instance of such alleged conduct.

23   **RESPONSE:**

24

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 7
NO. 2:24-cv-00211-TL

1    **INTERROGATORY NO. 13:** Please identify with specificity each claim for coverage

2  or payment of benefits that you allege ARAG to have denied and, for each, state the full factual

3  basis for your allegation that such alleged denial was unreasonable (*see* Am. Compl. ¶ 99).

4    **RESPONSE:**

5

6    **INTERROGATORY NO. 14:** Please state the reason(s) provided by Microsoft for the

7  termination of your employment and, to the extent any relate to Michael Fitzgerald, identify

8  Microsoft's specific assertions and provide your assessment of whether the same are accurate

9  and the reasons why or why not.

10    **RESPONSE:**

11

12    **INTERROGATORY NO. 15:** Please state your assets, indebtedness, monthly income,

13  monthly expenses, and ability to access credit as of November 20, 2023, including the manner

14  in which you have determined each.

15    **RESPONSE:**

16

17    **INTERROGATORY NO. 16:** Please identify all adverse effects that you contend

18  ARAG's alleged conduct had on your prosecution or defense of the Underlying Litigation and,

19  for each, please state the full factual basis and the extent to which any such adverse effect has

20  not been fully ameliorated by the retention of Richard Gomez and ARAG's payment for the

21  same.

22    **RESPONSE:**

23

24

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 8
NO. 2:24-cv-00211-TL

**INTERROGATORY NO. 17:** If you contend that the Microsoft Policy or any claim that is the subject of this litigation is not governed by ERISA, please state all facts and identify all documents relied upon in support of that contention.

**RESPONSE:**

**INTERROGATORY NO. 18:** Please identify and describe the actions Microsoft took with respect to the coverage made available through ARAG, including without limitation encouraging enrollment, holding or promoting informational sessions, distributing or making available literature or information, making requests concerning plan design, including ARAG coverage as part of the Microsoft benefits open enrollment process, and in any other respect endorsing the ARAG coverage.

**RESPONSE:**

**INTERROGATORY NO. 19:** Please state all reasons you entered the Confidential Settlement Agreement and explain whether you intended to abide by the terms of said agreement when you entered it.

**RESPONSE:**

**INTERROGATORY NO. 20:** For each instance in which you have sought advice concerning the enforceability of the Confidential Settlement Agreement, please: (a) identify from whom the advice was sought; (b) state the approximate date of the request; (c) summarize the advice received; and (d) state the approximate date of its receipt.

**RESPONSE:**

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 9
NO. 2:24-cv-00211-TL

1    **INTERROGATORY NO. 21:** Please state the earliest date you became aware that Mr.

2    Fitzgerald intended to file a state court action against you asserting some or all of the claims

3    that had been dismissed from the Federal Court Action for lack of subject matter jurisdiction.

4    **RESPONSE:**

5

6    **INTERROGATORY NO. 22:** Is there any insurance agreement under which a person

7    carrying on an insurance business may be, or may previously have been, (1) obligated to defend

8    against the Underlying Litigation or any portion thereof and/or (2) liable to satisfy part or all of

9    a judgment which may be entered in the Underlying Litigation or to indemnify or reimburse for

10   payments made to satisfy such judgment?  For each such insurance agreement, please: (a)

11   identify the insurance agreement by carrier, policy type, policy number, and policy period; (b)

12   state the submission date of any claim relating to the Underlying Litigation; (c) state the status

13   or disposition of each such claim; and (d) identify any communications concerning each such

14   claim.

15   **RESPONSE:**

16

17   **INTERROGATORY NO. 23:** Please identify and describe by date, participants, and

18   contents any communication in which you have (or your spouse has) made false or misleading

19   statements to, about, or related to Michael Fitzgerald.

20   **RESPONSE:**

21

22

23

24

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 10
NO. 2:24-cv-00211-TL

1          **REQUESTS FOR PRODUCTION**

2          **REQUEST FOR PRODUCTION NO. 1:** Please produce all documents (or all

3   documents within the categories of documents) identified in your initial disclosures.

4          **RESPONSE:**

5

6          **REQUEST FOR PRODUCTION NO. 2:** Please produce all communications about

7   ARAG between you (or your representatives, including counsel) and any other person.

8          **RESPONSE:**

9

10         **REQUEST FOR PRODUCTION NO. 3:** Please produce all communications between

11  you (or your spouse) and ARAG relating to the Underlying Litigation.

12         **RESPONSE:**

13

14         **REQUEST FOR PRODUCTION NO. 4:** Please produce all communications between

15  ARAG and any representatives (including counsel) of you or your spouse relating to the

16  Underlying Litigation.

17         **RESPONSE:**

18

19         **REQUEST FOR PRODUCTION NO. 5:** Please produce all communications relating

20  to ARAG between Microsoft (or its representatives, including counsel) and you, your spouse,

21  or your respective representatives (including counsel).

22         **RESPONSE:**

23

24

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 11
NO. 2:24-cv-00211-TL

1    **REQUEST FOR PRODUCTION NO. 6:** Please produce any material you have

2    posted on social media sites relating to Michael Fitzgerald and your allegations against him.

3    **RESPONSE:**

4

5    **REQUEST FOR PRODUCTION NO. 7:** Please produce all documents relating to

6    your efforts, in or around July 2022 and August 2022, to obtain defense counsel to represent

7    your spouse in the Federal Court Action, including without limitation correspondence with

8    ARAG, ARAG network attorneys, and Alaina Fotiu-Wojtowicz.

9    **RESPONSE:**

10

11   **REQUEST FOR PRODUCTION NO. 8:** Please produce all documents relating to

12   your efforts, in or around December 2022 and January 2023, to obtain defense counsel to

13   represent you in the Federal Court Action, including without limitation correspondence with

14   ARAG, ARAG network attorneys, Alaina Fotiu-Wojtowicz, and Stephanie Casey.

15   **RESPONSE:**

16

17   **REQUEST FOR PRODUCTION NO. 9:** Please produce all documents relating to

18   your efforts, on or after November 20, 2023, to obtain defense counsel to represent you or your

19   spouse in the Underlying Litigation, including without limitation correspondence with ARAG,

20   Richard Gomez, other ARAG network attorneys, Alaina Fotiu-Wojtowicz, and Stephanie

21   Casey.

22   **RESPONSE:**

23

24

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 12
NO. 2:24-cv-00211-TL

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

1    **REQUEST FOR PRODUCTION NO. 10:** Please produce any retainer agreement

2    entered with Richard Gomez, any invoices received from Richard Gomez, and any payments

3    made to Richard Gomez in connection with the Underlying Litigation.

4    **RESPONSE:**

5

6    **REQUEST FOR PRODUCTION NO. 11:** For all damages (including without

7    limitation consequential or noneconomic damages) to which you contend you are legally

8    entitled and/or which you intend to seek in this litigation, please produce all documents relating

9    to or supporting the asserted damages and all documents relevant to their valuation or

10    quantification.

11    **RESPONSE:**

12

13    **REQUEST FOR PRODUCTION NO. 12:** If you contend you are legally entitled to

14    emotional distress damages and/or intend to seek the same in this litigation, please produce all

15    documents evidencing the existence and severity of any emotional distress or mental health

16    concern within the past ten years, including the time periods during which you experienced it,

17    its causes, its effects, its treatment, and its current status.

18    **RESPONSE:**

19

20    **REQUEST FOR PRODUCTION NO. 13:** If you contend you are legally entitled to

21    emotional distress damages and/or intend to seek the same in this litigation, please produce all

22    Medical Records concerning the existence and severity of any emotional distress or mental

23

24

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 13
NO. 2:24-cv-00211-TL

1   health concern within the past ten years, including the time periods during which you

2   experienced it, its causes, its effects, its treatment, and its current status.

3       **RESPONSE:**

4

5       **REQUEST FOR PRODUCTION NO. 14:** Please produce documents sufficient to

6   establish the amount of your assets, indebtedness, monthly income, monthly expenses, and

7   ability to access credit as of November 20, 2023.

8       **RESPONSE:**

9

10      **REQUEST FOR PRODUCTION NO. 15:** Please produce all documents relating to

11  ARAG that you (or your representative, including counsel) sent to or received from Microsoft.

12      **RESPONSE:**

13

14      **REQUEST FOR PRODUCTION NO. 16:** Please produce all documents relating to

15  the open enrollment process at Microsoft and your participation in it.

16      **RESPONSE:**

17

18      **REQUEST FOR PRODUCTION NO. 17:** Please produce all documents probative of

19  whether ERISA governs any ARAG policy or certificate, or any claim for coverage submitted

20  to ARAG, that is the subject of this litigation.

21      **RESPONSE:**

22

23

24

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 14
NO. 2:24-cv-00211-TL

1  **REQUEST FOR PRODUCTION NO. 18:** Please produce all communications

2  concerning the Confidential Settlement Agreement, including without limitation its negotiation.

3  **RESPONSE:**

4

5  **REQUEST FOR PRODUCTION NO. 19:** Please produce all copies of ARAG

6  policies and ARAG certificates.

7  **RESPONSE:**

8

9  **REQUEST FOR PRODUCTION NO. 20:** Please produce all documents, including

10  any advertisement or informational pamphlet or leaflet, that you allege affected your decision

11  to obtain coverage under any ARAG policy or ARAG certificate.

12  **RESPONSE:**

13

14  **REQUEST FOR PRODUCTION NO. 21:** Please produce all documents, aside from

15  an ARAG policy or ARAG certificate, that you allege define or affect the existence or scope of

16  your rights under any ARAG policy or ARAG certificate.

17  **RESPONSE:**

18

19  **REQUEST FOR PRODUCTION NO. 22:** Please produce all documents relating to

20  any alleged prejudice to your defense or prosecution of the Underlying Litigation that you allege

21  to have been caused, in whole or in part, by any alleged action of ARAG.

22  **RESPONSE:**

23

24

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 15
NO. 2:24-cv-00211-TL

1      **REQUEST FOR PRODUCTION NO. 23:** Please produce all written discovery

2 requests and responses exchanged in the Underlying Litigation, including without limitation

3 requests for production, requests for admission, interrogatories, and responses thereto.

4      **RESPONSE:**

5

6      **REQUEST FOR PRODUCTION NO. 24:** Please produce all documents produced by

7 any party, or by any subpoenaed non-party, in the Underlying Litigation.

8      **RESPONSE:**

9

10      **REQUEST FOR PRODUCTION NO. 25:** Please produce all transcripts of

11 depositions taken in the Underlying Litigation, together with copies of all exhibits thereto.

12      **RESPONSE:**

13

14      **REQUEST FOR PRODUCTION NO. 26:** Please produce all expert reports in the

15 Underlying Litigation, together with copies of any exhibits or other annexed materials.

16      **RESPONSE:**

17

18      **REQUEST FOR PRODUCTION NO. 27:** Please produce all materials submitted on

19 your behalf to mediator Sarah Clasby Engel (or her office) in connection with the Federal Court

20 Action.

21      **RESPONSE:**

22

23

24

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 16
NO. 2:24-cv-00211-TL

**JENSEN MORSE BAKER PLLC**
520 Pike Street; Suite 2375
Seattle, Washington 98101
Phone: 206.682.1550

1    **REQUEST FOR PRODUCTION NO. 28:** Please produce any mediation report(s) or

2   recommendation(s) prepared by Sarah Clasby Engel in connection with the Federal Court

3   Action.

4    **RESPONSE:**

5

6    **REQUEST FOR PRODUCTION NO. 29:** Please produce all trial transcripts, trial

7   exhibits, and other materials submitted to or received from the Court or opposing counsel in

8   connection with any trial or appeal of the Underlying Litigation.

9    **RESPONSE:**

10

11    **REQUEST FOR PRODUCTION NO. 30:** Please produce any insurance agreement

12   under which a person carrying on an insurance business may be, or may previously have been,

13   (a) obligated to defend against the Underlying Litigation or any portion thereof and/or (b) liable

14   to satisfy part or all of a judgment which may be entered in the Underlying Litigation or to

15   indemnify or reimburse for payments made to satisfy such judgment.

16    **RESPONSE:**

17

18    **REQUEST FOR PRODUCTION NO. 31:** Please produce all correspondence relating

19   to any claim(s), made in connection with the Underlying Litigation, against any insurance

20   agreement(s) responsive to the preceding request.

21    **RESPONSE:**

22

23

24

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 17
NO. 2:24-cv-00211-TL

1    **REQUEST FOR PRODUCTION NO. 32:** Please produce all documents concerning

2  any criticism you have (or your spouse has) of Alaina Fotiu-Wojtowicz's handling of the

3  Federal Court Action.

4    **RESPONSE:**

5

6    **REQUEST FOR PRODUCTION NO. 33:** Please produce all documents concerning

7  any criticism you have (or your spouse has) of Stephanie Casey's handling of the Federal Court

8  Action.

9    **RESPONSE:**

10

11    **REQUEST FOR PRODUCTION NO. 34:** Please produce all documents concerning

12  any criticism you have (or your spouse has) of Richard Gomez's handling of the Underlying

13  Litigation.

14    **RESPONSE:**

15

16    **REQUEST FOR PRODUCTION NO. 35:** Please produce all documents you intend

17  to introduce at any trial of this litigation.

18    **RESPONSE:**

19

20

21

22

23

24

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 18
NO. 2:24-cv-00211-TL

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

## CERIFICATION OF RESPONDING PARTY

I, William McNae, declare under penalty of perjury that I have read the foregoing interrogatory answers, know the contents thereof, and believe them to be true and correct.

Dated this _____ day of _____, 2024, at the City of _____, in the State of _____.

_____
WILLIAM MCNAE

DATED: August 26, 2024, at Seattle, Washington.

JENSEN MORSE BAKER PLLC

By  */s/ Benjamin Roesch*
    _____
    Gabriel Baker, WSBA No. 28473
    gabe.baker@jmblawyers.com
    Benjamin Roesch, WSBA No. 39960
    benjamin.roesch@jmblawyers.com
    520 Pike Street, Suite 2375
    Seattle, Washington 98101

    Attorneys for Defendant ARAG Insurance
    Company

SQUIRE PATTON BOGGS (US) LLP

Michael T. Mullaly (*pro hac vice*)
michael.mullaly@squirepb.com
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

Attorneys for Defendant, ARAG Insurance
Company

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 19
NO. 2:24-cv-00211-TL

1

## CERTIFICATE OF SERVICE

2       The undersigned certifies under penalty of perjury under the laws of the United States

3   of America that, on the 26th day of August, 2024, the document attached hereto was delivered

4   to the below counsel in the manner indicated:

5   *Counsel for Plaintiffs*                  ☐ Via CM/ECF
                                              ☒ Via electronic mail
6   Isaac Ruiz, WSBA #35237                   ☒ Via U.S. Mail, postage prepaid
    McKean J. Evans, WSBA #52750              ☐ Via Facsimile
7   David Fadduol, WSBA #61126                ☐ Via Courier
    Ruiz & Smart LLP                          ☐ Via Overnight delivery
8   901 Fifth Avenue, Suite 820
    Seattle, WA 98164
9   iruiz@ruizandsmart.com
    mevans@ruizandsmart.com
10  dfadduol@ruizandsmart.com

11      DATED this 26th day of August, 2024, in Columbus, Ohio.

12

                                    By */s/ Michael T. Mullaly*
13                                     Michael T. Mullaly

14

15

16

17

18

19

20

21

22

23

24

FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF WILLIAM MCNAE - 20
NO. 2:24-cv-00211-TL

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550