*EXHIBIT 14*

| | |
|---|---|
| **From:** | Mullaly, Michael T. |
| **To:** | David Fadduol; Benjamin Roesch; Gwen Wall; Abele, Jonathan T. |
| **Cc:** | Isaac Ruiz; Shannon McKeon; Paige Lewis; Chris Jarman; McKean J. Evans |
| **Subject:** | RE: McNae v. ARAG [I-AMS.FID5425010] |
| **Date:** | Monday, September 23, 2024 9:33:08 AM |
| **Attachments:** | image001.png |

Hi David.  Thanks for reaching out.  That will be fine – thank you.

Best regards,
Mike

**From:** David Fadduol <dfadduol@ruizandsmart.com>
**Sent:** Monday, September 23, 2024 11:25 AM
**To:** Mullaly, Michael T. <michael.mullaly@squirepb.com>; Benjamin Roesch <benjamin.roesch@jmblawyers.com>; Gwen Wall <gwen.wall@jmblawyers.com>; Abele, Jonathan T. <jonathan.abele@squirepb.com>
**Cc:** Isaac Ruiz <iruiz@ruizandsmart.com>; Shannon McKeon <smckeon@ruizandsmart.com>; Paige Lewis <plewis@ruizandsmart.com>; Chris Jarman <cjarman@ruizandsmart.com>; McKean J. Evans <mevans@ruizandsmart.com>
**Subject:** [EXT] Re: McNae v. ARAG [I-AMS.FID5425010]

Hi Mike,

We're working on getting you discovery answers on behalf of the plaintiff. Can we have an extension to October 25 to get these to you?

Thanks,

**David H. Fadduol** (he/him/his)
Attorney
dfadduol@ruizandsmart.com
T: 425-998-8903 | F: 206-785-1702

901 Fifth Avenue, Suite 820
Seattle, Washington 98164
www.ruizandsmart.com



*This message and any attached documents contain information which may be confidential, subject to privilege, or exempt from disclosure under applicable law. If you are not an intended recipient, please notify the sender and delete the message and any copies from your system.*

**From:** Mullaly, Michael T. <michael.mullaly@squirepb.com>
**Date:** Tuesday, September 17, 2024 at 1:15 PM
**To:** David Fadduol <dfadduol@ruizandsmart.com>, Benjamin Roesch <benjamin.roesch@jmblawyers.com>, Gwen Wall <gwen.wall@jmblawyers.com>, Abele, Jonathan T. <jonathan.abele@squirepb.com>
**Cc:** Isaac Ruiz <iruiz@ruizandsmart.com>, Shannon McKeon <smckeon@ruizandsmart.com>, Paige Lewis <plewis@ruizandsmart.com>, Chris Jarman <cjarman@ruizandsmart.com>, McKean J. Evans <mevans@ruizandsmart.com>
**Subject:** RE: McNae v. ARAG [I-AMS.FID5425010]


Good afternoon, David. Thank you for your message and hope that you are well also. With apologies for any inconvenience in this instance, we must require that any claims correspondence be sent to ARAG directly through Ann Cosimano (ann.cosimano@araglegal.com). Please initiate a new message, sent exclusively to Ms. Cosimano, that conveys the information shared below. To the extent it is applicable, I hereby provide consent under Rule 4.2 of the Washington Rules of Professional Conduct for your office to communicate directly with Ann Cosimano at ARAG for the purpose of transmitting claims correspondence relating to Ronda McNae or William McNae. Thank you and please do not hesitate to be in touch with any questions.

Best regards,
Mike

**From:** David Fadduol <dfadduol@ruizandsmart.com>
**Sent:** Monday, September 16, 2024 7:34 PM
**To:** Mullaly, Michael T. <michael.mullaly@squirepb.com>; Benjamin Roesch <benjamin.roesch@jmblawyers.com>; Gwen Wall <gwen.wall@jmblawyers.com>; Abele, Jonathan T. <jonathan.abele@squirepb.com>
**Cc:** Isaac Ruiz <iruiz@ruizandsmart.com>; Shannon McKeon <smckeon@ruizandsmart.com>; Paige Lewis <plewis@ruizandsmart.com>; Chris Jarman <cjarman@ruizandsmart.com>; McKean J. Evans <mevans@ruizandsmart.com>
**Subject:** [EXT] McNae v. ARAG

Hi Mike and Ben,

I hope you all are doing well.

A conflict has arisen in Ronda McNae's federal court action and it is contemplated that Richard Gomez will no longer be representing her.

Ronda would like Walter Bernard to represent her in the federal court action. My understanding is that he has agreed to represent Ronda at his standard hourly rate of $450/hr.

and that he is an ARAG in network attorney (Attorney ID 2109-7208-6827).

Thanks,

**David H. Fadduol** (he/him/his)
Attorney
dfadduol@ruizandsmart.com
T: 425-998-8903 | F: 206-785-1702

901 Fifth Avenue, Suite 820
Seattle, Washington 98164
www.ruizandsmart.com



*This message and any attached documents contain information which may be confidential, subject to privilege, or exempt from disclosure under applicable law. If you are not an intended recipient, please notify the sender and delete the message and any copies from your system.*



Over 40 Offices across 4 Continents

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes personal data that is subject to the requirements of applicable data protection laws, please see the relevant Privacy Notice regarding the processing of personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US