*EXHIBIT 19*

| | |
|---|---|
| **From:** | Mullaly, Michael T. |
| **To:** | Ronda McNae; Will McNae |
| **Cc:** | Benjamin Roesch |
| **Subject:** | McNae et al. v. ARAG [I-AMS.FID5425010] |
| **Date:** | Thursday, February 20, 2025 4:41:04 PM |
| **Attachments:** | ARAG First Amended Initial Disclosures.pdf |
| | ARAG First Supplemental Response to McNae 2d RPODs and Interrogatories.pdf |
| | ECF 021 - Stipulated Protective Order.pdf |

Dear Mr. & Ms. McNae,-

Hope you are well. Attached please find two supplemental discovery responses from ARAG. As part of these, ARAG is producing additional documents (ARAG010283 - ARAG011959), including documents ARAG has received in response to subpoenas issued to Microsoft in this litigation. You may access these documents using the following download link. The documents are password protected, and I will send you the password momentarily under separate cover.

█████████████████████████████████████████████████████████████

As a friendly reminder, many of today's documents and those produced by ARAG in the past have been designated "CONFIDENTIAL" under the stipulated protective order that Judge Lin has entered in this case, a copy of which is attached for your reference. Thank you.

Regards,
Michael



**Michael T. Mullaly**
Senior Associate
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

T  +1 614 365 2793
O  +1 614 365 2700
F  +1 614 365 2499
M  +1 609 577 6951

michael.mullaly@squirepb.com | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

Over 40 Offices across 4 Continents

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes personal data that is subject to the

requirements of applicable data protection laws, please see the relevant Privacy Notice regarding the processing of personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US