| | |
|---|---|
| **From:** | Mullaly, Michael T. |
| **To:** | Ronda McNae; Will McNae |
| **Cc:** | Benjamin Roesch |
| **Subject:** | Meet and Confer - McNae et al. v. ARAG [I-AMS.FID5425010] |
| **Date:** | Thursday, February 20, 2025 4:41:30 PM |

Dear Mr. and Ms. McNae,-

I write pursuant to Section III.G of Judge Lin's Standing Order, to request that you meet and confer regarding ARAG's forthcoming motion for partial summary judgment on the basis that the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 et seq., preempts Plaintiffs' state law claims arising under ARAG Policy No. 10377 issued to Microsoft Corporation ("Microsoft") for the policy period January 1, 2022 through December 31, 2022 ("Microsoft Policy"). The Microsoft Policy includes the Group Legal Insurance Certificate and Service Plan ("Microsoft Certificate") provided to participants under, and incorporated within, the Microsoft Policy.  The basic legal and factual bases for this document driven, legal determination are set forth in ARAG's Motion for Leave to File Amended Answer Instanter, ECF #26, the accompanying Declaration of Michael Mullaly and exhibits attached thereto, ECF #27 and 27-1 through 27-5, ARAG's responses to your Second Interrogatories and Requests for Production in August 2024, and documents produced in response thereto.  In addition, ARAG supplemented its document production, initial disclosures, and interrogatory responses shortly ago today.

Please provide, at your earliest opportunity, your availability to meet and confer by telephone today (February 20), tomorrow (February 21), and Monday (February 24).  Please note that we are requesting to meet and confer with both of you.  We look forward to your timely response.  Thank you.

Regards,
Michael



**Michael T. Mullaly**
Senior Associate
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

T  +1 614 365 2793
O  +1 614 365 2700
F  +1 614 365 2499
M  +1 609 577 6951

michael.mullaly@squirepb.com | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

Over 40 Offices across 4 Continents

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes personal data that is subject to the requirements of applicable data protection laws, please see the relevant Privacy Notice regarding the processing of personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US