# *EXHIBIT 5*



**Sent via email to <u>heather@bfwlegal.com</u>**

November 20, 2023

Alaina Fotiu-Wojtowicz
Brodsky Fotiu-Wojtowicz, PLLC
200 SE 1st Street, Suite 400
Miami, FL 33131

ARAG®
500 Grand Avenue, Suite 100
Des Moines, IA· 50309
800-888-4184
515-246-8710 fax
ARAGlegal.com

**RE:    ARAG Case No. 3107432-003; Michael *Fitzgerald v. Rhonda McNae, U.S. District Court Southern District of Florida, Miami Division, Case No. 1:22-cv-22171-JEM***

Dear Alaina Fotiu-Wojtowicz:

On July 28, 2022, you entered into a Fee Agreement – Hourly Rate ("Agreement") with ARAG to provide legal services to Rhonda McNae in the above-referenced legal matter.

Item 8 of the Agreement states, "Either party may terminate this Agreement effective immediately for any reason or no reason at any time providing written notice to the other party." Effective immediately, ARAG hereby elects to enforce said provision of the Agreement terminating ARAG's obligation to pay your legal fees for Rhonda McNae in connection with ARAG Case No. 3107432-003.

ARAG will pay for legal services provided until December 1, 2023, or until withdrawal of representation is complete, whichever is earlier.

Respectfully,

ARAG Legal Department