# *EXHIBIT 6*



Legal Insurance

**Sent via email to <u>scasey@colson.com</u>**

November 20, 2023

ARAG®
500 Grand Avenue, Suite 100
Des Moines, IA· 50309
800-888-4184
515-246-8710 fax
ARAGlegal.com

Stephanie A. Casey, Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

**RE:** **ARAG Case No. 3266236-001;** Michael *Fitzgerald v. William McNae, U.S. District Court Southern District of Florida, Miami Division, Case No. 1:22-cv-22171-JEM*

Dear Attorney Stephanie Casey:

You entered into a Fee Agreement – Hourly Rate ("Agreement") with ARAG effective January 11, 2023 to provide legal services to William in the above-referenced legal matter.

Item 8 of the Agreement states, "Either party may terminate this Agreement effective immediately for any reason or no reason at any time providing written notice to the other party." Effective immediately, ARAG hereby elects to enforce said provision of the Agreement terminating ARAG's obligation to pay your legal fees for William McNae in connection with ARAG Case No. 3266236-001.

ARAG will pay for legal services provided until December 1, 2023, or until withdrawal of representation is complete, whichever is earlier.

Respectfully,

ARAG Legal Department