# *EXHIBIT 7*

| Claim Number | Confirmation Number | Description | PM Name | Member ID | Payment ID | Payment Date | Clear Date | Total Paid | Panel | Payee | Paying Underwriter | Payment Status | Loss Date | Receive Date | Claim Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15908844 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E418045 | 1/16/2024 | 1/17/2024 | $3,235.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 1/5/2024 | Approved |
| 15890518 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E412747 | 12/12/2023 | 12/13/2023 | $21,655.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 12/6/2023 | Approved |
| 15868969 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E408645 | 11/15/2023 | 11/16/2023 | $12,030.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 11/7/2023 | Approved |
| 15852736 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E404924 | 10/25/2023 | 10/26/2023 | $13,670.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 10/5/2023 | Approved |
| 15835884 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E401159 | 10/5/2023 | 10/6/2023 | $28,655.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 9/7/2023 | Approved |
| 15808941 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E394992 | 8/24/2023 | 8/25/2023 | $83,855.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 8/2/2023 | Approved |
| 15786343 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E390210 | 7/26/2023 | 7/27/2023 | $39,295.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 7/5/2023 | Approved |
| 15766023 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E385732 | 6/23/2023 | 6/26/2023 | $58,782.50 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 6/2/2023 | Approved |
| 15727432 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E382240 | 5/26/2023 | 5/30/2023 | $65,730.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 5/4/2023 | Approved |
| 15451058 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E376884 | 4/21/2023 | 4/24/2023 | $46,950.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 4/6/2023 | Approved |
| 15430391 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E372209 | 3/24/2023 | 3/27/2023 | $35,350.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 3/7/2023 | Approved |
| 15404366 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E366743 | 2/15/2023 | 2/16/2023 | $25,540.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 2/2/2023 | Approved |
| 15385915 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E363905 | 1/25/2023 | 1/26/2023 | $23,895.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 1/9/2023 | Approved |
| 15311160 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E360047 | 12/22/2022 | 12/23/2022 | $26,295.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 12/2/2022 | Approved |
| 15293608 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E360047 | 12/22/2022 | 12/23/2022 | $26,295.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 11/4/2022 | Approved |
| 15267466 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | E350487 | 10/12/2022 | 10/13/2022 | $12,800.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 10/4/2022 | Approved |
| 15251218 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | 1376211 | 9/13/2022 | 9/20/2022 | $20,095.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 9/6/2022 | Approved |
| 15164020 | 3107432-003 | Defense of Civil Damage Claims | William McNae | 177202672170 | 1372662 | 8/5/2022 | 8/15/2022 | $275.00 | GENERAL PRACTICE | Brodsky Fotiu-Wojtowicz, Pllc | Arag Insurance Company | Paid | 7/15/2022 | 8/3/2022 | Approved |
| 15887433 | 3266236-001 | Defense of Civil Damage Claims | William McNae | 177202672170 | 1423417 | 12/31/2023 | 1/17/2024 | $30,180.00 | GENERAL PRACTICE | Colson Hicks Eidson, P.A. | Arag Insurance Company | Paid | 7/15/2022 | 12/6/2023 | Approved |
| 15864091 | 3266236-001 | Defense of Civil Damage Claims | William McNae | 177202672170 | 1419432 | 11/22/2023 | 12/8/2023 | $6,270.00 | GENERAL PRACTICE | Colson Hicks Eidson, P.A. | Arag Insurance Company | Paid | 7/15/2022 | 11/2/2023 | Approved |
| 15851254 | 3266236-001 | Defense of Civil Damage Claims | William McNae | 177202672170 | 1417745 | 11/7/2023 | 11/15/2023 | $8,305.00 | GENERAL PRACTICE | Colson Hicks Eidson, P.A. | Arag Insurance Company | Paid | 7/15/2022 | 10/16/2023 | Approved |
| 15826774 | 3266236-001 | Defense of Civil Damage Claims | William McNae | 177202672170 | 1414043 | 10/5/2023 | 10/11/2023 | $18,565.00 | GENERAL PRACTICE | Colson Hicks Eidson, P.A. | Arag Insurance Company | Paid | 7/15/2022 | 9/11/2023 | Approved |
| 15807920 | 3266236-001 | Defense of Civil Damage Claims | William McNae | 177202672170 | 1412011 | 9/15/2023 | 10/11/2023 | $70,015.00 | GENERAL PRACTICE | Colson Hicks Eidson, P.A. | Arag Insurance Company | Paid | 7/15/2022 | 8/15/2023 | Approved |
| 15789515 | 3266236-001 | Defense of Civil Damage Claims | William McNae | 177202672170 | 1409319 | 8/17/2023 | 8/30/2023 | $34,355.00 | GENERAL PRACTICE | Colson Hicks Eidson, P.A. | Arag Insurance Company | Paid | 7/15/2022 | 7/20/2023 | Approved |
| 15771948 | 3266236-001 | Defense of Civil Damage Claims | William McNae | 177202672170 | 1406270 | 7/19/2023 | 7/26/2023 | $28,630.00 | GENERAL PRACTICE | Colson Hicks Eidson, P.A. | Arag Insurance Company | Paid | 7/15/2022 | 6/23/2023 | Approved |
| 15744201 | 3266236-001 | Defense of Civil Damage Claims | William McNae | 177202672170 | 1402669 | 6/7/2023 | 6/23/2023 | $3,712.50 | GENERAL PRACTICE | Colson Hicks Eidson, P.A. | Arag Insurance Company | Paid | 7/15/2022 | 5/15/2023 | Approved |
| 15473798 | 3266236-001 | Defense of Civil Damage Claims | William McNae | 177202672170 | 1400361 | 5/12/2023 | 6/23/2023 | $65,730.00 | GENERAL PRACTICE | Colson Hicks Eidson, P.A. | Arag Insurance Company | Paid | 7/15/2022 | 5/3/2023 | Approved |
| 15460084 | 3266236-001 | Defense of Civil Damage Claims | William McNae | 177202672170 | 1401684 | 5/26/2023 | 6/7/2023 | $40,980.00 | GENERAL PRACTICE | Colson Hicks Eidson, P.A. | Arag Insurance Company | Paid | 7/15/2022 | 4/24/2023 | Approved |
| 15428972 | 3266236-001 | Defense of Civil Damage Claims | William McNae | 177202672170 | 1395823 | 3/31/2023 | 4/13/2023 | $23,555.00 | GENERAL PRACTICE | Colson Hicks Eidson, P.A. | Arag Insurance Company | Paid | 7/15/2022 | 3/13/2023 | Approved |
| 15406287 | 3266236-001 | Defense of Civil Damage Claims | William McNae | 177202672170 | 1392760 | 3/2/2023 | 3/8/2023 | $14,865.00 | GENERAL PRACTICE | Colson Hicks Eidson, P.A. | Arag Insurance Company | Paid | 7/15/2022 | 2/10/2023 | Approved |