*EXHIBIT 11*

| | |
|---|---|
| **From:** | Ann Cosimano |
| **To:** | David Fadduol |
| **Cc:** | Isaac Ruiz; Chris Jarman; Paige Lewis; Shannon McKeon |
| **Subject:** | RE: Ronda McNae Counsel |
| **Attachments:** | image001.png |

Sorry, yes, you are correct.

**From:** David Fadduol <dfadduol@ruizandsmart.com>
**Sent:** Wednesday, September 25, 2024 5:45 PM
**To:** Ann Cosimano <Ann.Cosimano@ARAGlegal.com>
**Cc:** Isaac Ruiz <iruiz@ruizandsmart.com>; Chris Jarman <cjarman@ruizandsmart.com>; Paige Lewis <plewis@ruizandsmart.com>; Shannon McKeon <smckeon@ruizandsmart.com>
**Subject:** Re: Ronda McNae Counsel

Hi Ann,

I think you meant Mr. McNae, not Mr. Gomez. Let me know if I am mistaken. Otherwise, we'll let you know who he identifies.

Thanks,

**David H. Fadduol** (he/him/his)
Attorney
dfadduol@ruizandsmart.com
T: 425-998-8903 | F: 206-785-1702

901 Fifth Avenue, Suite 820
Seattle, Washington 98164
www.ruizandsmart.com

signature_2928952228



*This message and any attached documents contain information which may be confidential, subject to privilege, or exempt from disclosure under applicable law. If you are not an intended recipient, please notify the sender and delete the message and any copies from your system.*

**From:** Ann Cosimano <Ann.Cosimano@ARAGlegal.com>
**Date:** Wednesday, September 25, 2024 at 3:27 PM
**To:** David Fadduol <dfadduol@ruizandsmart.com>
**Cc:** Isaac Ruiz <iruiz@ruizandsmart.com>, Chris Jarman <cjarman@ruizandsmart.com>, Paige Lewis <plewis@ruizandsmart.com>, Shannon

McKeon <smckeon@ruizandsmart.com>
**Subject:** RE: Ronda McNae Counsel

Thank you for your message.

If Mr. Gomez would like to identify Network Attorneys that he would be interested in working with, ARAG can discuss contract terms with them. The names of the attorneys can be sent to me or to legal@araglegal.com.

Thank you,
Ann

**From:** David Fadduol <dfadduol@ruizandsmart.com>
**Sent:** Wednesday, September 25, 2024 4:53 PM
**To:** Ann Cosimano <Ann.Cosimano@ARAGlegal.com>
**Cc:** Isaac Ruiz <iruiz@ruizandsmart.com>; Chris Jarman <cjarman@ruizandsmart.com>; Paige Lewis <plewis@ruizandsmart.com>; Shannon McKeon <smckeon@ruizandsmart.com>
**Subject:** Re: Ronda McNae Counsel

> You don't often get email from dfadduol@ruizandsmart.com. Learn why this is important

Hi Ann,

I do not have a response for you regarding Mr. Bernard at this time.

As a separate issue, Mr. Gomez has withdrawn from representing Will McNae. Will will need a new attorney, and he intends to start reaching out to counsel (if he has not already). This will require assistance from ARAG, I presume, for him to retain an in-network attorney.

Please let us know how you or ARAG would like him to proceed.

Thanks,

**David H. Fadduol** (he/him/his)
Attorney
dfadduol@ruizandsmart.com
T: 425-998-8903 | F: 206-785-1702

901 Fifth Avenue, Suite 820
Seattle, Washington 98164
www.ruizandsmart.com

signature_2928952228



*This message and any attached documents contain information which may be confidential, subject to privilege, or exempt from disclosure under applicable law. If you are not an intended recipient, please notify the sender and delete the message and any copies from your system.*

---

**From:** David Fadduol <dfadduol@ruizandsmart.com>
**Date:** Thursday, September 19, 2024 at 12:58 PM
**To:** Ann Cosimano <Ann.Cosimano@ARAGlegal.com>
**Cc:** Isaac Ruiz <iruiz@ruizandsmart.com>, Chris Jarman <cjarman@ruizandsmart.com>, Paige Lewis <plewis@ruizandsmart.com>, Shannon McKeon <smckeon@ruizandsmart.com>
**Subject:** Re: Ronda McNae Counsel

Hi Ann,

Thank you, I am confirming receipt. We'll get back to you soon.

Thanks,

**David H. Fadduol** (he/him/his)
Attorney
dfadduol@ruizandsmart.com
T: 425-998-8903 | F: 206-785-1702

901 Fifth Avenue, Suite 820
Seattle, Washington 98164
www.ruizandsmart.com

signature_2928952228



*This message and any attached documents contain information which may be confidential, subject to privilege, or exempt from disclosure under applicable law. If you are not an intended recipient, please notify the sender and delete the message and any copies from your system.*

---

**From:** Ann Cosimano <Ann.Cosimano@ARAGlegal.com>
**Date:** Thursday, September 19, 2024 at 12:21 PM
**To:** David Fadduol <dfadduol@ruizandsmart.com>

**Cc:** Isaac Ruiz <iruiz@ruizandsmart.com>, Chris Jarman <cjarman@ruizandsmart.com>, Paige Lewis <plewis@ruizandsmart.com>, Shannon McKeon <smckeon@ruizandsmart.com>
**Subject:** RE: Ronda McNae Counsel

Thank you for your message.

In exploring Mr. Bernard's profile with ARAG. It appears he is a Pennsylvania domiciled attorney licensed in PA, NY, NJ and GA. In light of Florida not being listed on his profile, a quick check of the bar in Florida did not net any results nor do I see any admission to the Southern District of Florida.

Please advise.

Thanks,
Ann

---

**From:** David Fadduol <dfadduol@ruizandsmart.com>
**Sent:** Tuesday, September 17, 2024 3:46 PM
**To:** Ann Cosimano <Ann.Cosimano@ARAGlegal.com>
**Cc:** Isaac Ruiz <iruiz@ruizandsmart.com>; Chris Jarman <cjarman@ruizandsmart.com>; Paige Lewis <plewis@ruizandsmart.com>; Shannon McKeon <smckeon@ruizandsmart.com>
**Subject:** Ronda McNae Counsel

> You don't often get email from dfadduol@ruizandsmart.com. Learn why this is important

Hi Ann,

I am directing this correspondence to you at the request of Mr. Mullaly.

A conflict has arisen in Ronda McNae's federal court action and it is contemplated that Richard Gomez will no longer be representing her.

Ronda would like Walter Bernard to represent her in the federal court action. My understanding is that he has agreed to represent Ronda at his standard hourly rate of $450/hr. and that he is an ARAG in network attorney (Attorney ID 2109-7208-6827).

Thanks,

**David H. Fadduol** (he/him/his)
Attorney
dfadduol@ruizandsmart.com
T: 425-998-8903 | F: 206-785-1702

901 Fifth Avenue, Suite 820
Seattle, Washington 98164
[www.ruizandsmart.com](http://www.ruizandsmart.com)



*This message and any attached documents contain information which may be confidential, subject to privilege, or exempt from disclosure under applicable law. If you are not an intended recipient, please notify the sender and delete the message and any copies from your system.*