# *EXHIBIT 12*

| | |
|---|---|
| **From:** | Will McNae |
| **To:** | Ann Cosimano |
| **Subject:** | Re: ARAG Case No: 3795775 |
| **Date:** | Friday, October 18, 2024 10:32:17 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Wonderful - this is exactly what I was hoping to learn and in fact, was in process of calling your office today.  Thank you.  Will

On Fri, Oct 18, 2024 at 10:23 AM Ann Cosimano <Ann.Cosimano@araglegal.com> wrote:

Insured: William McNae

Member ID: 177202672170

Certificate No.: C100014

Policy Period: October 1, 2023 to December 31, 2023

ARAG Case No: 3795775

Litigation: *Michael Fitzgerald v. William McNae*

Case No. 2023-025855-CA-01 (Circuit Court Of The 11th

Judicial Circuit For Miami Dade County, Florida)


Mr. McNae,


Thank you for your recent message. Mr. Fadduol emailed me September 25, 2024, indicating Mr. Gomez had withdrawn from your representation and inquiring about the process for you to explore use of a different Network Attorney. I responded that if you would like to identify Network Attorneys you would be interested in working with, ARAG can discuss fee schedule terms with them. The names of the attorneys can be sent to me or to legal@araglegal.com.


To assist you in determining whether you would like to retain a Network Attorney to assist you, I have attached a list of Network Attorneys in the Miami area who have indicated they practice in this area of law and also that they will consider matters involving litigation. I encourage you to log in to your account at (araglegal.com) to review profiles and ratings and reviews for the attorneys included on the list. Once logged in, you would click on the

Attorneys tab on the left navigation bar. If you scroll to the bottom of the Attorney page, you will be able to search by attorney name and location.

Best regards,

Ann Cosimano



**Ann Cosimano | She/Her**

*General Counsel*

**ARAG Legal Insurance**

500 Grand Avenue, Suite 100

Des Moines, IA 50309

800-888-4184 ext. 288

ann.cosimano@ARAGlegal.com

ARAGlegal.com

