*EXHIBIT 13*

| | |
|---|---|
| **From:** | Ann Cosimano |
| **To:** | RondaMcnae@gmail.com |
| **Subject:** | ARAG Case No: 3266236 |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | miami_defense_of_civil_attorneys_101824.pdf |

Insured: Ronda McNae

Member ID: 177202672170

Certificate No.: C10377

Policy Period: January 1, 2022 to December 31, 2022

ARAG Case No: 3266236

Litigation: Michael Fitzgerald, et al v. Ronda McNae, et al

Case No. 1:22-cv-22171-JEM (S.D. Fla)

Ms. McNae,

Thank you for your recent message. Mr. Fadduol emailed me September 17, 2024, indicating Mr. Gomez would no longer be representing you in the above captioned case and you had identified another Network Attorney you were interested in working with. I responded indicating the identified attorney did not appear to be licensed in the state of Florida or admitted to practice in the Southern District of Florida. Mr. Fadduol advised he would get back to me and I didn't hear anything further.

To assist you in determining whether you would like to retain a Network Attorney to assist you, I have attached a list of Network Attorneys in the Miami area who have indicated they practice in this area of law and also that they will consider matters involving litigation. Mr. McNae can log in to his profile at (araglegal.com) to review profiles and ratings and reviews for the attorneys included on the list. Once logged in, you would click on the Attorneys tab on the left navigation bar. If you scroll to the bottom of the Attorney page, you will be able to search by attorney name and location. If you would like to identify Network Attorneys you would be interested in working with, ARAG can discuss fee schedule terms with them. The names of the attorneys can be sent to me or to legal@araglegal.com.

Best regards,
Ann Cosimano

**Ann Cosimano | She/Her**
*General Counsel*
**ARAG Legal Insurance**
500 Grand Avenue, Suite 100
Des Moines, IA 50309
800-888-4184 ext. 288
ann.cosimano@ARAGlegal.com



ARAGlegal.com



*ARAG - Proprietary & Confidential*

# ARAG® Network Attorney Directory
10/18/2024

Thank you for inquiring about ARAG Network Attorneys in your area. Search results for your customized inquiry are detailed below. This list supersedes all prior listings. Areas of Law coding definitions are provided on the last page of this document. For more information regarding Network Attorneys, your legal plan and educational resources to assist you with everyday legal and financial issues visit ARAGLegalCenter.com.

## How you'll save money with an ARAG Network Attorney
Attorney fees for most covered legal matters are paid-in-full. If the legal matter is not covered and not specifically excluded under your plan, you will receive at least 25% off hourly fees with an ARAG attorney.

## Important tips to help you prepare to work with an ARAG Network Attorney:
- Verify coverage of your legal matter and request a CaseAssist® number at 800-247-4184, Monday - Friday, 7:00 a.m. - 7:00 p.m. Central time.
- Contact an ARAG Network Attorney directly to make an appointment. Provide your ARAG plan member ID and CaseAssist number. Ask the attorney what materials you should prepare for your appointment and confirm his or her address information prior to your first meeting.
- Once your legal matter is concluded, the Network Attorney will submit a claim to ARAG for payment of covered legal services. It's that easy.
- Miscellaneous costs such as photocopies, postage and filing costs are not covered under the plan. These costs are your responsibility. The attorney may ask you to sign a retainer agreement for these costs and will bill you directly.

## Questions? We're here to help.
We have made every effort to assure the accuracy of this directory. However, occasionally there are updates to attorneys' contact information or status after the directory has been provided to you. Please send notification of any errors or inaccuracies in attorney's information to ARAG Provider Relations: attorneys@ARAGlegal.com or contact Customer Care at 800-247-4184.

| Your search criteria: | | | | |
|---|---|---|---|---|
| **Area of Law:** | **Search By: Zip Code** | | **ZIP/Postal Code:: 33126** | |
| **ATTORNEY NAME** | **CITY** | **STATE** | **PHONE** | **AREAS OF LAW** |
| CRISTO DIAZ ESQ. | Miami | FL | 305-916-4111 | C2, L1, L2, M, P13, P15, P18, P23, P25, P29, P30, P31, P32, P7, P8, P9, Q12, Q22, Q31, Q32, Q8, R10, R14, R19, R24, R4, R5, V11, V14, V15, V16, V17, V18, V19, V20, V23, V25, V28, V4, V5, V6, V8 |

© 2024 ARAG North America, Inc
*ARAG - Proprietary & Confidential*

1
23643_v2

| ATTORNEY NAME | CITY | STATE | PHONE | AREAS OF LAW |
|---|---|---|---|---|
| MR. JOEL BELLO | Coral Gables | FL | 305-445-2011 | A2, A7, B3, D3, D6, D7, D8, F, L1, L2, M, N, P20, P21, P24, P29, P32, P7, P8, P9, V11, V14, V17, V2, V20, V21, V25, V28, V4, V5, V6, V8, W1 |
| HENRY HERNANDEZ | Miami | FL | 305-771-3374 | B1, B2, B3, B4, D3, D5, D6, D7, D8, F, L1, L2, P2, P29, P3, P30, Q10, Q11, Q18, Q20, Q24, Q31, Q32, Q4, Q6, R10, R11, R13, R14, R17, R18, R19, R20, R22, R24, R4, R5, R6, R7, R8, R9, V11, V12, V14, V15, V17, V18, V19, V20, V21, V23, V24, V25, V28, V4, V5, V6, V7, V8 |
| JOSE COMPANIONI SR. | Coral Gables | FL | 305-900-3676 | L1, L2, M, P10, P11, P12, P13, P14, P15, P18, P2, P20, P21, P22, P23, P24, P25, P29, P3, P30, P31, P32, P7, P8, P9, Q10, Q11, Q12, Q13, Q14, Q15, Q16, Q17, Q18, Q19, Q20, Q21, Q22, Q23, Q24, Q27, Q28, Q29, Q3, Q30, Q31, Q32, Q4, Q5, Q6, Q7, Q8, Q9, R10, R11, R13, R14, R17, R18, R19, R20, R22, R24, R4, R5, R6, R7, R8, R9, U1, U2, U3, W1, W2, W3 |
| PABLO LENSE ESQ. | Miami | FL | 305-461-4277 | D3, D5, D6, D7, D8, F, L1, L2, M, P18, P29, P30, P9, Q18, Q20, Q31, Q32, Q4, Q6, W1 |
| JAMES CUEVA | Coral Gables | FL | 786-231-1105 | A2, A6, B1, B2, B3, B4, L2, M, P2, P29, P3, P30, Q18, Q24, Q27, Q32, R10, R11, R14, R18, R19, R20, R24, R4, R5, R7, R9, U3, V11, V14, V17, V18, V19, V2, V20, V21, V23, V25, V28, V5, V6, V7 |
| CHRISTIAN LARRIVIERE | Miami | FL | 954-239-7150 | B1, B2, B3, B4, K2, L2, P30, Q11, Q20, Q23, Q32, R17, R7 |
| MR. ROBERT MEYER | Miami | FL | 305-285-8838 | B1, B2, B3, B4, F, K1, K2, L2, P8, Q12, Q18, Q20, Q22, Q32, U1, U2, W1, W2, W3 |

© 2024 ARAG North America, Inc
*ARAG - Proprietary & Confidential*

| ATTORNEY NAME | CITY | STATE | PHONE | AREAS OF LAW |
|---|---|---|---|---|
| CHRISTINA VILABOA-ABEL ESQ. | Coral Gables | FL | 786-675-6830 | A1, B1, B2, B3, B4, K2, L1, L2, M, O, P10, P13, P14, P20, P23, P24, P29, P30, P31, P32, P7, P8, P9, Q10, Q11, Q18, Q20, Q23, Q24, Q31, Q32, Q4, Q6, Q9, R11, R17, R20, R7, R8, V14, V17, V28, V6, W2 |
| DAVID DAPONTE | Miami | FL | 305-481-1639 | L1, L2, M, P2, P29, P30, P9, Q10, Q14, Q16, Q22, Q24, Q28, Q30, Q31, Q32, Q8, R10, R11, R14, R19, R20, R24, R4, R5, R6, V11, V14, V17, V19, V28, V3, V8 |
| MS. JACQUELINE SALCINES | Coral Gables | FL | 305-669-5280 | B3, B4, C1, C2, C4, D3, D5, D6, D7, D8, F, K2, L1, L2, M, N, O, P10, P11, P12, P13, P14, P15, P18, P2, P20, P21, P22, P23, P24, P25, P29, P3, P30, P31, P32, P7, P8, P9, Q11, Q14, Q16, Q18, Q19, Q20, Q21, Q22, Q23, Q28, Q30, Q31, Q32, Q4, Q5, Q6, Q7, Q8, Q9, R10, R11, R14, R17, R18, R19, R20, R24, R4, R5, R6, R7, R8, R9, T1, T2, T3, T4, V14, V19, V20, V28, V8, W1, W2, W3 |
| MATTHEW BARKET | South Miami | FL | 305-895-9912 | L1, L2, P18, P29, P7, P8, Q10, Q12, Q23, Q24, Q31, Q32, Q9, R9, V11, V12, V13, V14, V15, V16, V17, V18, V19, V20, V21, V22, V23, V24, V25, V28, V4, V5, V6, V7, V8, V9 |
| JEEVAN RAMPERSAD | Miami | FL | 786-550-1970 | C1, C2, C3, C4, H1, J, L1, L2, M, P10, P11, P13, P14, P15, P18, P2, P20, P21, P23, P24, P25, P29, P3, P30, P31, P32, P9, Q10, Q14, Q16, Q18, Q20, Q22, Q24, Q28, Q30, Q31, Q32, Q4, Q6, Q8, R14, R5, T1, T2, T3, T4, V14, V28, V6, V8, W1 |
| LAMONT MIGNOTT | Miami | FL | 305-420-5591 | A1, A7, D3, D5, D6, D7, D8, F, G1, G3, G4, G5, G6, H1, L1, L2, M, N, P11, P14, P18, P2, P21, P24, P29, P30, P31, P32, |

| ATTORNEY NAME | CITY | STATE | PHONE | AREAS OF LAW |
|---|---|---|---|---|
| | | | | P7, P8, P9, Q14, Q22, Q28, Q31, Q32, Q8, R10, R11, R14, R19, R20, R24, R3, R4, R5, S, U2, W1, W2, W3 |
| ELY GONZALEZ | Miami | FL | 305-645-8971 | A2, A3, A5, A6, C1, C4, D3, D5, D6, D7, D8, H1, J, L1, L2, M, P18, P29, P30, P7, P8, Q10, Q11, Q12, Q13, Q14, Q15, Q16, Q17, Q18, Q19, Q20, Q21, Q22, Q23, Q24, Q27, Q28, Q29, Q3, Q30, Q31, Q32, Q4, Q5, Q6, Q7, Q8, Q9, R11, R20, R3, R6, V11, V12, V13, V14, V15, V16, V17, V18, V19, V2, V20, V21, V22, V23, V24, V25, V26, V28, V3, V4, V5, V6, V7, V8, V9 |
| MR. DONN DUTTON | Miami | FL | 305-495-9411 | B3, B4, D8, F, L1, L2, N, P2, P29, P3, P30, Q22, Q23, Q31, Q32, Q8, Q9, R10, R14, R18, R19, R24, R4, R5, R9, W1, W2 |
| MS. GEORGINA BLANCO | Miami | FL | 305-275-2727 | B3, B4, F, L1, L2, M, P2, P29, P3, P30, P9, Q11, Q22, Q31, Q32, Q8, R11, R14, R18, R20, R24, R4, R5, R9, U1, W1, W3 |
| MR. MANUEL MARI | Miami | FL | 305-279-3140 | B2, B3, B4, L1, L2, M, P14, P18, P2, P24, P29, P3, P30, P31, P32, P9, Q10, Q11, Q12, Q14, Q18, Q20, Q24, Q28, Q31, Q32, Q4, Q6, R10, R11, R14, R17, R18, R19, R20, R24, R4, R5, R7, R8, R9, T3, T4, V11, V14, V16, V17, V19, V2, V20, V21, V22, V24, V25, V28, V3, V4, V6, V8, W1, W2 |
| ANTONIO CALERO | Miami Lakes | FL | 305-988-4878 | A1, B3, D8, F, L2, M, N, O, P2, P8, Q11, Q18, Q20, Q32, T1, T3, T4, V20, V24, V28, V6, V8 |
| MR. RICHARD KATZ | Miami | FL | 305-444-9806 | D3, D5, D6, D7, D8, F, L1, L2, M, P18, P2, P29, P3, P30, P9, R14, R24, R4, R5, W1, W2 |

© 2024 ARAG North America, Inc
ARAG - Proprietary & Confidential

4
23643_v2

| ATTORNEY NAME | CITY | STATE | PHONE | AREAS OF LAW |
|---|---|---|---|---|
| ALEX DEHGHANI | Miami Lakes | FL | 786-264-5278 | A1, B4, C2, L1, L2, M, P18, P2, P29, P3, P30, P7, P8, P9, Q10, Q14, Q18, Q22, Q23, Q24, Q28, Q31, Q32, Q4, Q8, Q9, R14, R24, R4, R5, T2, T4, V11, V17, V18, V19, V2, V20, V21, V23, V24, V25, V28, V5, V6, W1, W3 |
| MR. DAVID FREEDMAN | North Miami | FL | 305-893-8003 | B3, B4, C4, D3, D5, D6, D7, D8, F, H1, L1, L2, N, P29, P30, Q18, Q20, Q31, Q32, Q4, Q6, R17, R7, R8, T3, T4, U1, V11, V12, V14, V18, V19, V2, V20, V21, V23, V28, V4, V5, V6, V8, W1, W3 |
| NICOLE TORRES | Palmetto Bay | FL | 305-255-3476 | C1, C2, C4, L1, L2, P7, P8, Q10, Q14, Q16, Q19, Q21, Q22, Q23, Q24, Q28, Q30, Q31, Q32, Q5, Q7, Q8, Q9 |
| G.O.L. HENRIQUES | Miami | FL | 305-412-8510 | B3, B4, D3, D5, D6, D7, D8, G1, L1, L2, M, N, P18, P2, P29, P3, P30, P7, P8, P9, Q10, Q11, Q12, Q16, Q18, Q22, Q23, Q24, Q30, Q31, Q32, Q4, Q8, Q9, R10, R11, R14, R17, R18, R19, R20, R24, R4, R5, R6, R7, R8, R9, W1 |
| ARON SZABO | Hollywood | FL | 954-210-6054 | A1, B1, B2, B3, B4, D6, D8, L1, L2, M, Q20, Q31, Q32, Q6, W1, W2 |
| STEVEN THOMPSON | Davie | FL | 954-510-3366 | B3, B4, L1, L2, M, P7, P8, Q10, Q13, Q24, Q27, Q31, Q32, T1, T3, T4 |
| MR. GARETH BULLOCK | Davie | FL | 954-578-2760 | A1, B3, D7, D8, F, G1, L1, L2, N, P18, P29, P30, P9, Q20, Q31, Q32, Q6, R24, R4, T1, T3, T4, W1, W3 |
| CLAUDIA BRANTLEY | Plantation | FL | 866-990-2254 | A8, B1, B2, B3, C2, D3, D4, D5, D6, D7, D8, F, G1, H1, K1, K2, L1, L2, M, N, O, P10, P11, P13, P14, P15, P18, P2, P20, P21, P23, P24, P25, P29, P3, P30, P31, P32, P7, P8, P9, Q12, Q14, Q16, Q19, Q20, Q21, Q22, Q23, Q28, Q30, Q31, |

© 2024 ARAG North America, Inc
ARAG - Proprietary & Confidential

| ATTORNEY NAME | CITY | STATE | PHONE | AREAS OF LAW |
|---|---|---|---|---|
| | | | | Q32, Q5, Q6, Q7, Q8, Q9, R10, R11, R14, R19, R20, R24, R4, R5, R6, T1, T4 |
| EDUARDO VERA | Fort Lauderdale | FL | 787-482-9711 | A2, A3, A4, A6, A8, B1, B2, B3, B4, D3, D4, D5, D6, D7, D8, F, G1, G3, G4, G5, G6, H1, I, K1, K2, L1, L2, M, N, O, O1, P10, P11, P12, P13, P14, P15, P18, P2, P20, P21, P22, P23, P24, P25, P29, P3, P30, P31, P32, P7, P8, P9, Q10, Q11, Q12, Q13, Q14, Q15, Q16, Q17, Q18, Q19, Q20, Q21, Q22, Q23, Q24, Q27, Q28, Q29, Q3, Q30, Q31, Q32, Q4, Q5, Q6, Q7, Q8, Q9, R10, R11, R13, R14, R17, R18, R19, R20, R22, R24, R3, R4, R5, R6, R7, R8, R9, S, T1, V11, V12, V13, V14, V15, V16, V17, V18, V19, V2, V20, V21, V22, V23, V24, V25, V26, V28, V3, V4, V5, V6, V7, V8, V9, W2 |
| TESHA ALLISON | Weston | FL | 305-901-1471 | A2, A5, A6, B2, B3, B4, D5, D6, D7, K1, K2, L1, L2, M, P10, P11, P12, P13, P14, P15, P18, P2, P20, P21, P22, P23, P24, P25, P29, P3, P30, P31, P32, P7, P8, P9, Q10, Q11, Q13, Q14, Q15, Q16, Q18, Q24, Q27, Q28, Q29, Q30, Q31, Q32, Q4, R10, R11, R13, R14, R17, R18, R19, R20, R22, R24, R4, R5, R6, R7, R8, R9, U1, U2, U3, V11, V12, V13, V14, V15, V16, V17, V18, V19, V2, V20, V21, V22, V23, V24, V25, V28, V3, V4, V5, V6, V7, V8, W1, W2, W3 |
| JERMAINE THOMPSON | Oakland Park | FL | 954-437-4657 | B3, C2, C4, D8, F, H1, J, L1, L2, M, N, P13, P18, P2, P23, P29, P30, P31, P32, P7, P8, P9, Q10, Q13, Q20, Q23, Q24, Q27, Q31, Q32, Q6, Q9, R11, R14, R20, R24, R4, R5, T1, T2, T3, T4, U1, V11, V12, V13, V14, V15, V16, V17, V18, V19, |

© 2024 ARAG North America, Inc
*ARAG - Proprietary & Confidential*

| ATTORNEY NAME | CITY | STATE | PHONE | AREAS OF LAW |
|---|---|---|---|---|
| | | | | V20, V21, V22, V23, V24, V25, V26, V28, V4, V5, V6, V7, V8, V9, W1, W3 |
| SHANE HENRY | Fort Lauderdale | FL | 202-440-9086 | B3, C2, L1, L2, P11, P18, P2, P21, P29, P3, P30, P31, P32, P9, Q10, Q19, Q20, Q21, Q22, Q24, Q31, Q32, Q5, Q6, Q7, Q8, R10, R11, R14, R18, R19, R20, R24, R4, R5, R7, R9, T1, T2, T4, V11, V14, V16, V17, V18, V19, V2, V20, V21, V23, V25, V26, V28, V4, V5, V6, V8, V9 |
| SUSAN BAKALAR ESQ. | Fort Lauderdale | FL | 800-495-4951 | A9, B4, L1, L2, P10, P11, P13, P14, P15, P18, P2, P20, P21, P23, P24, P25, P29, P3, P30, P31, P32, P9, Q22, Q23, Q31, Q32, Q8, Q9, R10, R11, R14, R18, R19, R20, R24, R4, R5, R9, U1, U2, W1, W2, W3 |
| HENRY HERNANDEZ | Fort Lauderdale | FL | 305-771-3374 | B1, B2, B3, B4, D3, D5, D6, D7, D8, F, L1, L2, P2, P29, P3, P30, Q10, Q11, Q18, Q20, Q24, Q31, Q32, Q4, Q6, R10, R11, R13, R14, R17, R18, R19, R20, R22, R24, R4, R5, R6, R7, R8, R9, V11, V12, V14, V15, V17, V18, V19, V20, V21, V23, V24, V25, V28, V4, V5, V6, V7, V8 |
| JEANNINE RODRIGUEZ | Coral Gables | FL | 305-760-4003 | B4, C1, C2, C4, L1, L2, M, P18, P2, P29, P3, P30, P9, R10, R11, R14, R18, R19, R20, R24, R4, R5, R7, R9, T2, W1, W2, W3 |
| SANDRA NAVARRO-GARCIA | Miami | FL | 305-264-7500 | B1, B2, B3, B4, D8, K2, L2, M, Q18, Q20, Q23, Q32, T1, W1 |
| NICK FELZEN | Coral Gables | FL | 786-787-7650 | B3, B4, D7, D8, L1, L2, M, P18, P29, P30, P7, P8, P9, Q22, Q23, Q31, Q32, Q8, Q9, W1 |
| LUIS NAVARRO | Miami | FL | 305-447-8707 | B3, B4, C1, C4, D5, D6, D7, D8, L2, M, P2, P29, P3, P30, Q11, Q18, Q20, Q32, R14, R5, T4 |

© 2024 ARAG North America, Inc
ARAG - Proprietary & Confidential

7
23643_v2

| ATTORNEY NAME | CITY | STATE | PHONE | AREAS OF LAW |
|---|---|---|---|---|
| STEPHEN BERNHARDT | Miami | FL | 786-230-3200 | B3, L1, L2, Q18, Q20, Q31, Q32, Q4, Q6 |
| RICHARD GOMEZ | Miami | FL | 305-825-5506 | L1, L2, P7, P8, Q10, Q13, Q15, Q19, Q22, Q24, Q27, Q29, Q31, Q32, Q5, Q8, V11, V14, V16, V17, V18, V19, V20, V21, V22, V23, V24, V25, V28, V3, V4, V5, V6, V8 |
| MR. DENNIS DONET | Miami | FL | 305-670-0074 | B3, B4, L1, L2, M, N, P2, P29, P3, P30, P7, P8, Q10, Q11, Q18, Q20, Q23, Q24, Q31, Q32, Q4, Q6, Q9, R14, R24, R4, R5, T4, V14, V21, V28, V6, W1, W2 |
| MR. JOHN WHITAKER | Miami | FL | 305-598-5096 | A2, A5, A6, A7, B3, B4, K1, K2, L1, L2, M, P10, P11, P12, P13, P14, P2, P20, P21, P22, P23, P24, P29, P3, P30, P31, P32, P7, P8, Q10, Q11, Q12, Q14, Q16, Q18, Q20, Q22, Q23, Q24, Q28, Q30, Q31, Q32, Q4, Q6, Q8, Q9, R10, R11, R13, R14, R17, R18, R19, R20, R22, R24, R4, R5, R6, R7, R8, R9, U1, U2, U3, W1, W2, W3 |
| MELISSA WALDINGER | Fort Lauderdale | FL | 561-981-2630 | D3, D5, D6, D7, D8, F, H1, L1, L2, N, O1, P10, P15, P20, P25, P31, P32, Q15, Q20, Q29, Q31, Q32, Q6 |
| MR. PHILIP CULLEN III | Fort Lauderdale | FL | 954-462-0600 | A2, B3, D8, L1, L2, M, P18, Q12, Q22, Q31, Q32, Q8, W1 |
| BRIAN CONCEPCION ESQ. | Coral Gables | FL | 305-488-0422 | C1, C2, C4, H1, J, L1, L2, P18, P2, P29, P30, P7, P8, P9, Q10, Q14, Q22, Q23, Q24, Q28, Q31, Q32, Q8, Q9, R10, R11, R14, R19, R20, R5, R6, T2, V11, V14, V16, V17, V18, V19, V20, V21, V22, V23, V24, V25, V28, V4, V5, V6, V7, V8, V9 |
| BRIAN CONCEPCION ESQ. | Coral Gables | FL | 305-488-0422 | C1, C2, C4, H1, J, L1, L2, P18, P2, P29, P30, P7, P8, P9, Q10, Q14, Q22, Q23, Q24, Q28, Q31, Q32, Q8, Q9, R10, R11, R14, R19, R20, R5, R6, T2, V11, V14, |

© 2024 ARAG North America, Inc
ARAG - Proprietary & Confidential

8
23643_v2

| ATTORNEY NAME | CITY | STATE | PHONE | AREAS OF LAW |
|---|---|---|---|---|
| | | | | V16, V17, V18, V19, V20, V21, V22, V23, V24, V25, V28, V4, V5, V6, V7, V8, V9 |
| MR. ARTURO ALFONSO | Miami | FL | 305-266-9584 | A2, A6, B1, B2, B3, B4, D3, D5, D6, D7, D8, F, G1, H1, K2, L1, L2, M, N, O, P18, P2, P29, P3, P30, P7, P8, P9, Q20, Q22, Q23, Q31, Q32, Q6, Q8, Q9, R10, R14, R19, R24, R4, R5, T1, T3, T4, V28, V3, V6, V8, W1, W2, W3 |
| AMIR GHAEENZADEH | Miami | FL | 844-482-1239 | A2, A3, A4, B1, B2, B3, B4, C1, C2, C4, D3, D4, D5, D6, D7, D8, F, G1, G3, G4, G5, G6, H1, J, L1, L2, M, N, P10, P14, P18, P2, P20, P24, P29, P30, P31, P32, P7, P8, P9, Q10, Q13, Q14, Q16, Q19, Q22, Q24, Q27, Q28, Q30, Q31, Q32, Q5, Q8, R10, R17, R19, R8, T2, T4, U1, V11, V12, V14, V16, V17, V18, V19, V2, V20, V21, V22, V23, V24, V25, V26, V28, V3, V4, V5, V6, V7, V8, V9, W1, W2, W3 |
| VERONICA TEJADA LACAYO | Miami | FL | 305-767-2977 | L1, L2, M, P10, P11, P12, P13, P14, P15, P18, P2, P20, P21, P22, P23, P24, P25, P29, P3, P30, P31, P32, P7, P8, P9, Q12, Q14, Q15, Q18, Q22, Q23, Q28, Q29, Q31, Q32, Q4, Q8, Q9, R10, R11, R14, R18, R19, R20, R24, R4, R5, R7, R9 |
| ALEJANDRA AGUILERA | Palmetto Bay | FL | 305-255-3476 | C1, C2, C4, D3, D5, D6, D7, D8, F, G1, L1, L2, N, Q20, Q21, Q31, Q32, Q6, Q7, W1 |
| KEISHA HALL ESQ. | Fort Lauderdale | FL | 954-361-2759 | B3, L1, L2, M, P10, P11, P13, P20, P21, P23, P29, P3, P30, P31, P32, P7, P8, Q11, Q18, Q20, Q23, Q31, Q32, Q4, Q6, Q9, R17, R8 |
| MR. MOHAMMAD FARUQUI | Miami | FL | 954-641-2220 | B3, L1, L2, M, Q20, Q31, Q32, Q6, V11, V15, V18, V19, V20, V21, V23, V24, V25, V28, V4, V5, V6, W1, W2, W3 |

© 2024 ARAG North America, Inc
ARAG - Proprietary & Confidential

| ATTORNEY NAME | CITY | STATE | PHONE | AREAS OF LAW |
|---|---|---|---|---|
| MR. MOHAMMAD FARUQUI | Miami | FL | 954-641-2220 | B3, L1, L2, M, Q20, Q31, Q32, Q6, V11, V15, V18, V19, V20, V21, V23, V24, V25, V28, V4, V5, V6, W1, W2, W3 |
| YANN SALOMON | Miami | FL | 401-297-4202 | L1, L2, P10, P11, P12, P13, P14, P15, P18, P20, P21, P22, P23, P24, P25, P29, P30, P31, P32, P7, P8, P9, Q10, Q11, Q13, Q14, Q15, Q16, Q17, Q18, Q19, Q20, Q21, Q22, Q23, Q24, Q27, Q28, Q29, Q3, Q30, Q31, Q32, Q4, Q5, Q6, Q7, Q8, Q9, R11, R17, R18, R20, R6, R7, R8, R9 |
| MR. MOHAMMAD FARUQUI | Miami | FL | 954-641-2220 | B3, L1, L2, M, Q20, Q31, Q32, Q6, V11, V15, V18, V19, V20, V21, V23, V24, V25, V28, V4, V5, V6, W1, W2, W3 |
| MR. MOHAMMAD FARUQUI | Miami | FL | 954-641-2220 | B3, L1, L2, M, Q20, Q31, Q32, Q6, V11, V15, V18, V19, V20, V21, V23, V24, V25, V28, V4, V5, V6, W1, W2, W3 |
| MAIKEL ESKANDER ESQ. | Miami | FL | 305-720-2529 | A2, B4, L1, L2, M, O1, P10, P14, P2, P20, P24, P29, P30, P31, P32, P7, P8, Q11, Q14, Q18, Q22, Q23, Q28, Q31, Q32, Q4, Q8, Q9, R10, R11, R14, R17, R18, R19, R20, R24, R4, R5, R6, R7, R8, R9, W1 |
| EDWARD DEGENHARDT | Miami | FL | 305-588-7847 | A2, B3, B4, C2, C4, L1, L2, M, O, P10, P11, P13, P14, P15, P18, P20, P21, P23, P24, P25, P29, P3, P30, P31, P32, P7, P8, P9, Q11, Q13, Q14, Q15, Q17, Q18, Q19, Q20, Q21, Q22, Q23, Q27, Q28, Q29, Q3, Q31, Q32, Q4, Q5, Q6, Q7, Q8, Q9, R17, R8, T1, T3, T4 |
| EDWARD DEGENHARDT | Miami | FL | 305-588-7847 | A2, B3, B4, C2, C4, L1, L2, M, O, P10, P11, P13, P14, P15, P18, P20, P21, P23, P24, P25, P29, P3, P30, P31, P32, P7, P8, P9, Q11, Q13, Q14, Q15, Q17, Q18, |

| ATTORNEY NAME | CITY | STATE | PHONE | AREAS OF LAW |
|---|---|---|---|---|
| | | | | Q19, Q20, Q21, Q22, Q23, Q27, Q28, Q29, Q3, Q31, Q32, Q4, Q5, Q6, Q7, Q8, Q9, R17, R8, T1, T3, T4 |
| DERRICK MORALES | North Miami | FL | 786-440-9383 | D3, D5, D6, D7, D8, F, G1, G3, G4, G5, G6, H1, L1, L2, M, N, P7, P8, Q10, Q17, Q24, Q3, Q31, Q32, V11, V12, V13, V14, V15, V17, V19, V20, V21, V25, V28, V5, V6, V8, W1, W2 |
| DERRICK MORALES | Homestead | FL | 786-440-9383 | D3, D5, D6, D7, D8, F, G1, G3, G4, G5, G6, H1, L1, L2, M, N, P7, P8, Q10, Q17, Q24, Q3, Q31, Q32, V11, V12, V13, V14, V15, V17, V19, V20, V21, V25, V28, V5, V6, V8, W1, W2 |
| MR. MOHAMMAD FARUQUI | Plantation | FL | 954-641-2220 | B3, L1, L2, M, Q20, Q31, Q32, Q6, V11, V15, V18, V19, V20, V21, V23, V24, V25, V28, V4, V5, V6, W1, W2, W3 |
| MR. MOHAMMAD FARUQUI | Fort Lauderdale | FL | 954-641-2220 | B3, L1, L2, M, Q20, Q31, Q32, Q6, V11, V15, V18, V19, V20, V21, V23, V24, V25, V28, V4, V5, V6, W1, W2, W3 |
| MAIKEL ESKANDER ESQ. | Fort Lauderdale | FL | 954-807-3000 | A2, B4, L1, L2, M, O1, P10, P14, P2, P20, P24, P29, P30, P31, P32, P7, P8, Q11, Q14, Q18, Q22, Q23, Q28, Q31, Q32, Q4, Q8, Q9, R10, R11, R14, R17, R18, R19, R20, R24, R4, R5, R6, R7, R8, R9, W1 |
| SEAN WYDNER | Fort Lauderdale | FL | 954-850-1050 | A2, A5, A6, A7, C1, C2, C3, C4, J, L1, L2, M, O1, P10, P11, P12, P13, P14, P15, P18, P2, P20, P21, P22, P23, P24, P25, P29, P3, P30, P31, P32, P7, P8, P9, Q10, Q12, Q14, Q22, Q23, Q24, Q28, Q31, Q32, Q8, Q9, R10, R11, R13, R14, R17, R18, R19, R20, R22, R24, R4, R5, R6, R7, R8, R9, T1, T2, T3, T4, U1, U2, U3, W1, W2, W3 |

© 2024 ARAG North America, Inc
ARAG - Proprietary & Confidential

| ATTORNEY NAME | CITY | STATE | PHONE | AREAS OF LAW |
|---|---|---|---|---|
| JASON SMITH | Oakland Park | FL | 954-406-9900 | B3, B4, L1, L2, M, P10, P13, P18, P2, P20, P23, P29, P30, P31, P32, P7, P8, P9, Q14, Q18, Q20, Q22, Q23, Q28, Q31, Q32, Q4, Q6, Q8, Q9, R10, R11, R14, R17, R18, R19, R20, R24, R4, R5, R6, R7, R8, R9 |
| MR. BORIS FOSTER | Miami Lakes | FL | 305-556-5659 | A2, B2, B3, B4, K2, L1, L2, M, O, P18, P2, P29, P3, P30, P7, P8, P9, Q10, Q11, Q12, Q14, Q16, Q18, Q19, Q20, Q21, Q22, Q23, Q24, Q28, Q30, Q31, Q32, Q4, Q5, Q6, Q7, Q8, Q9, R10, R11, R14, R17, R19, R20, R24, R4, R5, R6, R7, R8 |
| JEANNETTE GONZALEZ | Miami | FL | 305-596-1044 | B3, B4, D3, D4, D5, D6, D7, D8, F, L1, L2, M, N, P18, P2, P29, P3, P30, P7, P8, Q18, Q22, Q31, Q32, Q4, Q8, R14, R18, R24, R4, R5, R6, R9, T1, T4, V14, V17, V19, V20, V25, V28, V4, V5, V6, V7, V8, W1, W2, W3 |
| MR. SCOTT WILLINGER | Pembroke Pines | FL | 305-591-1040 | F, L1, L2, M, P18, P2, P29, P3, P30, P9, Q23, Q31, Q32, Q9, R10, R11, R14, R19, R20, R24, R4, R5, U1, W1, W2, W3 |
| CHRISTOPHER MYERS | Lauderhill | FL | 786-373-5777 | D3, D6, D8, F, G1, G4, L1, L2, N, P7, P8, Q21, Q22, Q23, Q31, Q32, Q7, Q8, Q9, W1, W2, W3 |
| MR. DAVID JAVITS | North Miami Beach | FL | 305-944-9120 | B1, B2, B3, B4, D4, D6, D7, D8, L1, L2, M, N, O, P2, P3, P30, Q11, Q18, Q20, Q21, Q23, Q31, Q32, Q4, Q6, Q7, Q9, R17, R18, R20, R24, R7, W1, W2 |
| ANTHONY MURPHY | Oakland Park | FL | 954-437-4657 | B3, C1, C2, C4, D7, D8, F, H1, J, L1, L2, M, N, P10, P11, P12, P13, P14, P15, P18, P2, P20, P21, P22, P23, P24, P25, P29, P30, P31, P32, P7, P8, P9, Q10, Q12, Q13, Q14, Q15, Q16, Q17, Q18, Q19, Q20, Q21, Q22, Q23, Q24, Q27, Q28, |

© 2024 ARAG North America, Inc
ARAG - Proprietary & Confidential

| ATTORNEY NAME | CITY | STATE | PHONE | AREAS OF LAW |
|---|---|---|---|---|
|  |  |  |  | Q29, Q3, Q30, Q31, Q32, Q4, Q5, Q6, Q7, Q8, Q9, R14, R24, R4, R5, T1, T2, T3, T4, V11, V12, V13, V14, V15, V16, V17, V18, V19, V20, V21, V22, V23, V24, V25, V26, V28, V4, V5, V6, V7, V8, V9, W1, W2 |
| RICHARD GENDLER | Plantation | FL | 305-522-6225 | B2, B3, B4, C1, C2, C4, L1, L2, M, P18, P2, P29, P30, P7, P8, P9, Q11, Q14, Q18, Q20, Q21, Q23, Q28, Q31, Q32, Q4, Q6, Q7, Q9, R10, R14, R19, R24, R4, R5, T1, T2, T3, T4, W1, W3 |
| JEROME RAMSARAN | Miami | FL | 305-988-3065 | A1, B1, B2, B3, B4, C1, C2, C3, C4, D3, D4, D5, D6, D7, D8, F, G1, H1, L1, L2, M, N, O, O1, P7, P8, Q10, Q11, Q12, Q13, Q14, Q15, Q16, Q17, Q18, Q19, Q20, Q21, Q22, Q23, Q24, Q27, Q28, Q29, Q3, Q30, Q31, Q32, Q4, Q5, Q6, Q7, Q8, Q9, T2, T3, T4, U3, V11, V14, V15, V16, V17, V18, V19, V20, V21, V22, V23, V24, V25, V26, V28, V4, V5, V6, V7, V8, V9, W1, W3 |
| CHRISTINA OROPESA | Miami Lakes | FL | 305-951-7341 | B2, B3, D3, D5, D6, D7, D8, G1, L2, N, Q18, Q20, Q32, T4, W1 |
| KRISTINA GENTILE ESQ. | Fort Lauderdale | FL | 954-804-1882 | A2, A6, A7, B3, B4, C1, C2, C3, C4, D3, D5, D6, D7, D8, F, G3, G4, G5, G6, H1, J, L1, L2, M, N, O, P10, P11, P12, P13, P14, P15, P18, P2, P20, P21, P22, P23, P24, P25, P29, P30, P31, P32, P7, P8, P9, Q10, Q12, Q13, Q14, Q16, Q20, Q23, Q24, Q27, Q28, Q30, Q31, Q32, Q6, Q9, R11, R18, R20, R6, R9, T1, T2, T3, T4, U1, U2, U3, V11, V12, V13, V14, V15, V16, V17, V19, V2, V21, V22, V23, V24, V25, V28, V4, V5, V6, V7, V8, W1, W2, W3 |

© 2024 ARAG North America, Inc
ARAG - Proprietary & Confidential

| ATTORNEY NAME | CITY | STATE | PHONE | AREAS OF LAW |
|---|---|---|---|---|
| JOSEPH DOBKIN, ESQUIRE | Miami | FL | 305-661-7000 | A1, A2, A7, B3, B4, C1, C2, C3, C4, D3, D5, D6, D7, D8, F, G1, G3, G4, G5, G6, H1, I, J, K1, L1, L2, M, N, O, P10, P11, P13, P14, P15, P18, P2, P20, P21, P23, P24, P25, P29, P30, P31, P32, P7, P8, P9, Q10, Q13, Q14, Q15, Q16, Q17, Q18, Q19, Q20, Q21, Q22, Q23, Q24, Q27, Q28, Q29, Q3, Q30, Q31, Q32, Q4, Q5, Q6, Q7, Q8, Q9, R10, R11, R14, R17, R19, R20, R24, R4, R5, R6, R7, R8, T1, T2, T3, T4, U1, U2, U3, V11, V12, V14, V15, V16, V17, V18, V19, V2, V20, V21, V23, V24, V25, V26, V28, V3, V4, V5, V6, V8, V9, W1, W2, W3 |
| OFER SHMUCHER | Miami | FL | 954-309-5559 | B1, B2, B3, L1, L2, O, Q18, Q20, Q31, Q32, Q4, Q6 |
| MATTHEW ZUKOWSKY | Plantation | FL | 954-955-5994 | B2, B3, B4, L1, L2, M, P18, P2, P29, P3, P30, P9, Q11, Q12, Q18, Q20, Q23, Q31, Q32, Q4, Q6, Q9, R10, R11, R13, R14, R17, R19, R20, R22, R24, R4, R5, R6, R7, R8, T1, T2, T3, T4 |

Please refer to the table below for definitions of the Areas of Law codes listed under each attorney. Please note some areas of law may not be covered under your legal plan. Contact ARAG Customer Care at 1-800-247-4184 to confirm coverage of your legal matter or request a CaseAssist form at ARAGlegal.com.

| KEY | AREA OF LAW | KEY | AREA OF LAW | KEY | AREA OF LAW |
|---|---|---|---|---|---|
| A1 | Immigration | D3 | Child Custody/Support Agreement | L1 | Consumer - Civil Matters - Plaintiff |
| A2 | Administrative - Other State, County, Local | D4 | Qdro | L2 | Consumer - Civil Matters - Defendant |
| A3 | Administrative - Special Education/School Issues | D5 | Divorce - Contested Divorce/Separation/Annulment - With Custody | M | Business Matters |
| A4 | Administrative - Social Security | D6 | Divorce - Contested Divorce/Separation/Annulment - Without Custody | N | Name Change |
| A5 | Administrative - State and Local Tax | D7 | Divorce - Uncontested Divorce/Separation/Annulment - With Custody | O | Credit Report / Rating Dispute |
| A6 | Administrative - Zoning Variances And/Or Building Codes | D8 | Divorce - Uncontested Divorce/Separation/Annulment - Without Custody | O1 | Internet Law |
| A7 | Administrative - Easement | F | Prenuptial / Postnuptial Agreement | P2 | Real Estate - Purchase And/Or Sale of A Home |
| A8 | Administrative - Veterans | G1 | Adoption | P3 | Real Estate - Refinance |
| A9 | Administrative - Medicaid | G3 | Guardianship/Conservatorship Proceedings - Minor Child - Physical Care Provided | P7 | Personal Property Disputes - Plaintiff |
| B1 | Bankruptcy - Chapter 13 | G4 | Guardianship/Conservatorship Proceedings- Minor Child-No Physical Care Provided | P8 | Personal Property Disputes - Defendant |
| B2 | Bankruptcy - Chapter 7 | G5 | Guardianship/Conservatorship Proceedings - Adult - Physical Care Provided | P9 | Real Estate - Landlord |
| B3 | Debt Collection Defense | G6 | Guardianship/Conservatorship Proceedings - Adult - No Physical Care Provided | P10 | Neighbor Dispute - Property Line - Plaintiff |
| B4 | Foreclosure | H1 | Domestic Violence | P11 | Neighbor Dispute - Easement - Plaintiff |
| C1 | Criminal - Felony | I | Insanity or Infirmity Proceedings | P12 | Neighbor Dispute - Water Rights - Plaintiff |
| C2 | Criminal - Expungement | J | Criminal - Juvenile Court Proceedings | P13 | Neighbor Dispute - Noise/Visible Nuisance - Plaintiff |
| C3 | Criminal - Habeas Corpus Proceedings | K1 | IRS Audit Protection | P14 | Neighbor Dispute - Boundary Issues - Plaintiff |
| C4 | Criminal - Misdemeanor | K2 | IRS Collection Defense | P15 | Neighbor Dispute - Pet/Child - Plaintiff |

© 2024 ARAG North America, Inc
*ARAG - Proprietary & Confidential*

23643_v2

| KEY | AREA OF LAW | KEY | AREA OF LAW | KEY | AREA OF LAW |
|---|---|---|---|---|---|
| P18 | Real Estate - Tenant | Q15 | Consumer - Travel - Plaintiff | R10 | Real Estate Disputes - Real Estate Agent/Realtor - Plaintiff |
| P20 | Neighbor Dispute - Property Line - Defendant | Q16 | Consumer - Warranty - Plaintiff | R11 | Real Estate Disputes - Lien/Title - Plaintiff |
| P21 | Neighbor Dispute - Easement - Defendant | Q17 | Consumer - Airline - Defendant | R13 | Real Estate Disputes - Buried Impediments - Plaintiff |
| P22 | Neighbor Dispute - Water Rights - Defendant | Q18 | Consumer - Bank/Lending Institution - Defendant | R14 | Real Estate Disputes - Purchaser - Defendant |
| P23 | Neighbor Dispute - Noise/Visible Nuisance - Defendant | Q19 | Consumer - Car Rental - Defendant | R17 | Real Estate Disputes - Bank - Defendant |
| P24 | Neighbor Dispute - Boundary Issues - Defendant | Q20 | Consumer - Credit Card - Defendant | R18 | Real Estate Disputes - Title Company - Defendant |
| P25 | Neighbor Dispute - Pet/Child - Defendant | Q21 | Consumer - Car Dealership - Defendant | R19 | Real Estate Disputes - Real Estate Agent/Realtor - Defendant |
| P29 | Real Estate Dispute - General - Plaintiff | Q22 | Consumer - Residential Contractor - Defendant | R20 | Real Estate Disputes - Lien/Title - Defendant |
| P30 | Real Estate Dispute - General - Defendant | Q23 | Consumer - Home Owners Association - Defendant | R22 | Real Estate Disputes - Buried Impediments - Defendant |
| P31 | Neighbor Dispute - General - Plaintiff | Q24 | Consumer - Insurance - Defendant | R24 | Real Estate Disputes - Seller – Defendant |
| P32 | Neighbor Dispute - General - Defendant | Q27 | Consumer - Rideshare - Defendant | S | Surrogacy |
| Q3 | Consumer - Airline - Plaintiff | Q28 | Consumer - Fraud - Defendant | T1 | Traffic - Administrative Motor Vehicles |
| Q4 | Consumer - Bank/Lending Institution - Plaintiff | Q29 | Consumer - Travel - Defendant | T2 | Traffic - Defense of Driving Under The Influence |
| Q5 | Consumer - Car Rental - Plaintiff | Q30 | Consumer - Warranty - Defendant | T3 | Traffic - Driving Privilege Defense |
| Q6 | Consumer - Credit Card - Plaintiff | Q31 | Consumer Protection - Plaintiff | T4 | Traffic Matters - Traffic - Minor Traffic Offenses |
| Q7 | Consumer - Car Dealership - Plaintiff | Q32 | Consumer Protection - Defendant | U1 | Estate Planning - Special Needs Trust |
| Q8 | Consumer - Residential Contractor - Plaintiff | R3 | Reproductive Assistance | U2 | Estate Planning - Pet Trust |
| Q9 | Consumer - Home Owners Association - Plaintiff | R4 | Real Estate Disputes - Seller - Plaintiff | U3 | Estate Planning - Gun Trust |
| Q10 | Consumer - Insurance - Plaintiff | R5 | Real Estate Disputes - Purchaser - Plaintiff | V2 | Contingency - Medical Malpractice |
| Q11 | Consumer - Loan Modifications | R6 | Real Estate Disputes - Builder/Developer | V3 | Contingency - Professional Malpractice |
| Q12 | Consumer - Mechanics Lien | R7 | Real Estate Disputes - Mortgage Company | V4 | Contingency - Bicycle Accident |
| Q13 | Consumer - Rideshare - Plaintiff | R8 | Real Estate Disputes - Bank - Plaintiff | V5 | Contingency - Brain Injury |
| Q14 | Consumer - Fraud - Plaintiff | R9 | Real Estate Disputes - Title Company – Plaintiff | V6 | Contingency - Car Collisions |

© 2024 ARAG North America, Inc
ARAG - *Proprietary & Confidential*
23643_v2

| KEY | AREA OF LAW | KEY | AREA OF LAW | KEY | AREA OF LAW |
|---|---|---|---|---|---|
| V7 | Contingency - Construction Injuries | V16 | Contingency - Sidewalk Accidents | V24 | Contingency - Teen Driving Accidents |
| V8 | Contingency - Dog Bites | V17 | Contingency - Slip and Fall Accidents | V25 | Contingency - Head on Collisions |
| V9 | Contingency - Logging Accidents | V18 | Contingency - Spinal Cord Injuries | V26 | Contingency - Icy Road Accidents |
| V11 | Contingency - Motorcycle Accidents | V19 | Contingency - Trucking Accidents | V28 | Contingency - Personal Injury - General |
| V12 | Contingency - Nursing Home Negligence and Abuse | V20 | Contingency - Wrongful Deaths | W1 | Estate Planning - Wills |
| V13 | Contingency - Police and Firefighter Accidents | V21 | Contingency - Passenger Injuries | W2 | Estate Planning - Estate Administration/Probate |
| V14 | Contingency - Premises Liability Accidents | V22 | Contingency - Cell Phone Accidents | W3 | Estate Planning - Trusts - General |
| V15 | Contingency - Product Liability Accidents | V23 | Contingency - Rollover Accidents | | |

© 2024 ARAG North America, Inc
ARAG - Proprietary & Confidential