*EXHIBIT 16*

**From:** Nichelle Womble
**To:** Ann Cosimano
**Subject:** Re: Ronda McNae
**Date:** Thursday, January 9, 2025 8:39:05 AM

Good morning
Yes, we will take the case.

On Thu, Jan 2, 2025 at 1:27 PM Ann Cosimano <Ann.Cosimano@araglegal.com> wrote:

> Nichelle,
>
> Thought I'd check in, did you determine you'd like to represent Ms. McNae? If so, I'll get the amendment to the Network Attorney Agreement over to you.
>
> Thanks,
>
> Ann
>
> **From:** Nichelle Womble <nichelle@amethystlawgroup.com>
> **Sent:** Friday, December 13, 2024 1:01 PM
> **To:** Ann Cosimano <Ann.Cosimano@ARAGlegal.com>
> **Subject:** Re: Ronda McNae
>
> Application complete.
>
> Thank you,
>
> Nichelle L. Womble Esq., M.S.Ed
>
> Attorney │ Florida | Washington D.C.
>
> T: (844) 482 - 1239 W: www.amethystlawgroup.com
> F:(813)200-1811
>
> Amethyst Law Group, LLC
> 80 S.W. 8th Street, Suite 2000  │  Miami, FL 33130 (844) 482 - 1239
> 100 South Ashley Drive, Suite 600 | Tampa, FL 33602 | (844) 482 - 1239
> 603 E Fort King St,  │  Ocala, FL 34471 (844) 482-1239
> 1704 Aurora Road | Melbourne, FL 32935 | (321) 600 - 4931
> The information contained in this electronic mail transmission is intended by Amethyst Law Group for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded

to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Amethyst Law Group at (844) 482 - 1239, so that our address record can be corrected.

On Thu, Dec 12, 2024, 6:39 PM Nichelle Womble <nichelle@amethystlawgroup.com> wrote:

> Yes, that works for me.
>
> On Thu, Dec 12, 2024 at 6:37 PM Ann Cosimano <Ann.Cosimano@araglegal.com> wrote:
>
>> Great, would you be available at 11am EST tomorrow?
>>
>> **From:** Nichelle Womble <nichelle@amethystlawgroup.com>
>> **Sent:** Thursday, December 12, 2024 4:59 PM
>> **To:** Ann Cosimano <Ann.Cosimano@ARAGlegal.com>
>> **Subject:** Re: Ronda McNae
>>
>> Yes that would be great
>>
>> Thank you,
>>
>> Nichelle L. Womble Esq., M.S.Ed
>>
>> Attorney │ Florida | Washington D.C.
>>
>> T: (844) 482 - 1239 W: www.amethystlawgroup.com
>> F:(813)200-1811
>>
>> Amethyst Law Group, LLC
>> 80 S.W. 8th Street, Suite 2000   │   Miami, FL 33130 (844) 482 - 1239
>> 100 South Ashley Drive, Suite 600 | Tampa, FL 33602 | (844) 482 - 1239
>> 603 E Fort King St,   │   Ocala, FL 34471 (844) 482-1239
>> 1704 Aurora Road | Melbourne, FL 32935 | (321) 600 - 4931
>> The information contained in this electronic mail transmission is intended by Amethyst Law Group for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for

transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Amethyst Law Group at (844) 482 - 1239, so that our address record can be corrected.

On Thu, Dec 12, 2024, 5:56 PM Ann Cosimano <Ann.Cosimano@araglegal.com> wrote:

> Thank you! Would you like to schedule a call to discuss Ms. McNae's coverage?
>
> ---
>
> **From:** Nichelle Womble <nichelle@amethystlawgroup.com>
> **Sent:** Thursday, December 12, 2024 4:50 PM
> **To:** Ann Cosimano <Ann.Cosimano@ARAGlegal.com>
> **Subject:** Re: Ronda McNae
>
> You don't often get email from nichelle@amethystlawgroup.com. Learn why this is important
>
> It's under Amir Ghaeenzadeh
>
> Thank you,
>
> Nichelle L. Womble Esq., M.S.Ed
>
> Attorney │ Florida | Washington D.C.
>
> T: (844) 482 - 1239 W: www.amethystlawgroup.com
> F:(813)200-1811
>
> Amethyst Law Group, LLC
> 80 S.W. 8th Street, Suite 2000 │ Miami, FL 33130 (844) 482 - 1239
> 100 South Ashley Drive, Suite 600 | Tampa, FL 33602 | (844) 482 - 1239
> 603 E Fort King St, │ Ocala, FL 34471 (844) 482-1239
> 1704 Aurora Road | Melbourne, FL 32935 | (321) 600 - 4931
> The information contained in this electronic mail transmission is intended by Amethyst Law Group for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Amethyst Law Group at (844) 482 - 1239, so that our address

record can be corrected.

On Thu, Dec 12, 2024, 5:47 PM Ann Cosimano <Ann.Cosimano@araglegal.com> wrote:

Thank you for the message. I'll see how I can help.

I attempted to look up your attorney profile in our system, could it be under another name or do you have your attorney ID?

Thank you,

Ann

**Ann Cosimano | She/Her**

*General Counsel*

**ARAG Legal Insurance**

500 Grand Avenue, Suite 100

Des Moines, IA 50309

800-888-4184 ext. 288

ann.cosimano@ARAGlegal.com

ARAGlegal.com

**From:** Nichelle Womble <nichelle@amethystlawgroup.com>
**Sent:** Thursday, December 12, 2024 4:38 PM
**To:** Ann Cosimano <Ann.Cosimano@ARAGlegal.com>
**Subject:** Ronda McNae

You don't often get email from nichelle@amethystlawgroup.com. Learn why this is important

Good afternoon

Ronda McNae reached out to our office to retain us to assist with her ongoing case with the case assist number 3795775-002. She informed us that you are her POC at ARAG. We attempted to access this case number but the system would not allow. I am reaching out to find out what her coverage is?

**Nichelle L. Womble Esq., M.S.Ed**

Attorney │ Florida | Washington D.C.

T (844)-482 - 1239  W www.amethystlawgroup.com

F (813)200-1811



**Amethyst Law Group, LLC**

80 S.W. 8th Street, Suite 2000 │ Miami, FL 33130 (844) 482 - 1239

100 South Ashley Drive, Suite 600 | Tampa, FL 33602 | (844) 482 - 1239

603 E Fort King St. │ Ocala, FL 34471 (844) 482-1239

1704 Aurora Road | Melbourne, FL 32935 | (321) 600 - 4931

The information contained in this electronic mail transmission is intended by Amethyst Law Group for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Amethyst Law Group at (844) 482 - 1239, so that our address record can be corrected.

--

**Thank you,**

**Nichelle L. Womble Esq., M.S.Ed**

Attorney │ Florida | Washington D.C.

T (844)-482 - 1239  W www.amethystlawgroup.com

F (813)200-1811

**Amethyst Law Group, LLC**

80 S.W. 8th Street, Suite 2000  │  Miami, FL 33130 (844) 482 - 1239

100 South Ashley Drive, Suite 600 | Tampa, FL 33602 | (844) 482 - 1239

603 E Fort King St,  │  Ocala, FL 34471 (844) 482-1239

1704 Aurora Road | Melbourne, FL 32935 | (321) 600 - 4931

The information contained in this electronic mail transmission is intended by Amethyst Law Group for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Amethyst Law Group at (844) 482 - 1239, so that our address record can be corrected.

--

**Thank you,**

**Nichelle L. Womble Esq., M.S.Ed**

Attorney  │  Florida | Washington D.C.

**T** (844)-482 - 1239  **W** www.amethystlawgroup.com

**F** (813)200-1811



**Amethyst Law Group, LLC**
80 S.W. 8th Street, Suite 2000  │  Miami, FL 33130 (844) 482 - 1239
100 South Ashley Drive, Suite 600 | Tampa, FL 33602 | (844) 482 - 1239
603 E Fort King St,  │  Ocala, FL 34471 (844) 482-1239
1704 Aurora Road | Melbourne, FL 32935 | (321) 600 - 4931

The information contained in this electronic mail transmission is intended by Amethyst Law Group for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Amethyst Law Group at (844) 482 - 1239, so that our address record can be corrected.