*EXHIBIT 17*

| | |
|---|---|
| **From:** | Legal_US </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9EDFAAA62DBA48D1BDE52426E20BD639-LEGALMAIL_U> |
| **To:** | Ann Cosimano; Kari Faust; Kathy Miller |
| **Sent:** | 11/30/2023 4:10:58 PM |
| **Subject:** | FW: Urgent Matter: McNae Case |
| **Importance:** | High |

**From:** Will McNae <willmcnae@gmail.com>
**Sent:** Thursday, November 30, 2023 9:35 AM
**To:** Legal_US <legal@araglegal.com>; Brittany Gering <Brittany.Gering@ARAGlegal.com>
**Cc:** Ronda McNae <rondamcnae@gmail.com>
**Subject:** Urgent Matter: McNae Case
**Importance:** High

Arag Legal:

As you are aware, ARAG unilaterally decided to terminate the law firms of Brodsky Fotiu-Wojtowicz ("BFW") and Colson Hicks Eidson ("CHE"), which represent us in our respective cases, with less than two weeks' notice and on the verge of trial. The termination is effective December 1, 2023. Since receiving notice of the termination, we have diligently pursued substitute counsel, yet have been unable to engage an attorney because ARAG refuses to provide any willing Network Attorneys with sufficient information regarding our coverage and ARAG's fee schedule. ARAG instead has made an offer to pay us a lump sum in exchange for a release that would terminate ARAG's coverage. The amount offered would be woefully inadequate to cover the costs and fees necessary to take our case through trial.

We therefore demand that ARAG take one of the following actions: (1) approve one of the following Network Attorneys (or another suitable Network Attorney willing to take the case) at an hourly rate of at least $400 per hour, or the maximum hourly rate allowable under any applicable fee schedule incorporated in our plan, to represent us in our cases: Richard Gomez, Anthony Murphy, Leah Mayersohn; (2) reinstate the contracts with BFW and CHE; or (3) pay us a lump sum of $500,000 in exchange for a release that would terminate ARAG's coverage.

Please let us know which of these three options you will accept by no later than November 30, 2023, at 5:00 pm ET, so that we can make appropriate arrangements for substitution of counsel, if needed, on your unilaterally imposed termination date of December 1, 2023.

Respectfully,
William and Ronda McNae