THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MCNAE and RONDA MCNAE,<br><br>Plaintiffs,<br><br>v.<br><br>ARAG INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:24-cv-00211-TL<br><br>DECLARATION OF ANN COSIMANO IN SUPPORT OF ARAG INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ERISA PREEMPTION) |

I, Ann Cosimano, under penalty of perjury under the laws of the United States of America, declare that the following statements are true and correct:

1. I am General Counsel for ARAG Insurance Company ("ARAG"). I am of legal age, am competent to testify, and have personal knowledge of the matters herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of ARAG Policy No. 10377, issued to the policyholder Microsoft Corporation ("Microsoft") for the policy period January 1, 2022 to December 31, 2022 ("Microsoft Policy"). ARAG produced the Microsoft Policy in this litigation as ARAG002542.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Certificate of Insurance for the Microsoft Corporation Legal Expense Insurance Plan for the policy period



**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

January 1, 2022 to December 31, 2022 ("Microsoft Certificate"). ARAG produced the Microsoft Certificate in this litigation as ARAG002934.

4. On July 14, 2022, Michael J. Fitzgerald ("Mr. Fitzgerald") filed a civil action, No. 1:22-cv-22171, in the United States District Court for the Southern District of Florida ("Underlying Federal Action").

5. In connection with being named as defendant in the Underlying Federal Action, Ronda McNae made a claim under the Microsoft Policy's "Defense of Civil Damages Claims" benefit on July 18, 2022. Subject to the terms and conditions of the Microsoft Policy, ARAG began providing benefits to Ronda McNae under the Microsoft Policy in connection with the Underlying Federal Action.

6. ARAG has agreed, subject to written reservations of rights, to pay the costs of eligible legal services for certain defense counsel, chosen by Ronda McNae from among ARAG's Network Attorneys, to defend Ronda McNae in the Underlying Federal Action.

7. In connection with being named as a defendant in the Underlying Federal Action in December 2022, William McNae made a claim under the Microsoft Policy's "Defense of Civil Damages Claims" benefit. Subject to the terms and conditions of the Microsoft Policy, ARAG began providing benefits to William McNae under the Microsoft Policy in connection with the Underlying Federal Action.

8. ARAG paid the costs of eligible legal services for certain defense counsel, chosen by William McNae, to defend William McNae in the Underlying Federal Action through his dismissal from the same.

9. Attached hereto as **Exhibit 3** is a true and correct copy of ARAG Policy No. 10014-006, issued to the policyholder UltimateAdvisor Conversion Plan for the policy period



**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

January 1, 2023 to December 31, 2023 ("Conversion Policy"). ARAG produced the Conversion Policy in this litigation as ARAG001525.

10. Attached hereto as **Exhibit 4** is a true and correct copy of the Certificate of Insurance for the UltimateAdvisor Conversion Plan Legal Expense Insurance Plan for the policy period January 1, 2023 to December 31, 2023 ("Conversion Certificate"). ARAG produced the Conversion Certificate in this litigation as ARAG001662.

11. In connection with his separation from employment at Microsoft, William McNae purchased new coverage from ARAG—this time not a part of Microsoft's group policy—to address future "insured events" as defined in said new coverage, namely the Conversion Policy and the Conversion Certificate. William McNae's coverage under the Conversion Policy and Conversion Certificate became effective on October 1, 2023.

12. On November 2, 2023, Mr. Fitzgerald filed a civil action against William McNae, No. 2023-025855-CA-01, in the Circuit Court of the Eleventh Judicial Circuit In and For Miami-Dade County, Florida ("Underlying State Action").

13. In connection with the Underlying State Action, William McNae made a claim under the Conversion Policy's "Defense of Civil Damages Claims" benefit on about November 8, 2023. ARAG conducted an investigation of the matter and then, subject to the terms and conditions of the Conversion Policy, began providing benefits to William McNae under the Conversion Policy in connection with the Underlying State Action.

14. ARAG has agreed, subject to written reservations of rights and the terms and conditions of the Conversion Policy, to pay the costs of eligible legal services for certain defense counsel, chosen by William McNae from among ARAG's Network Attorneys, to defend William McNae in the Underlying State Action.



**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

15. In 2022 and prior years during which ARAG provided the prepaid legal services that Microsoft made available as part of its employee benefits package, the two companies worked closely to tailor ARAG's benefits, customer service metrics, and promotional communications to Microsoft's requirements.

16. Microsoft and ARAG had a monthly telephonic status meeting, as well as an annual stewardship meeting, generally held in-person at Microsoft's offices in the second quarter, to discuss ARAG's performance during the prior policy year, any major changes in participation, and Microsoft's plan design preferences for the renewal policy—including analysis of any industry, economic, or societal developments that might affect Microsoft employees' future needs for varying types of legal services.

17. In the years that it was offered, ARAG's coverage was the sole option for prepaid legal services that Microsoft offered to its employees as part of a benefits package. Microsoft selected ARAG as its provider following a rigorous and competitive Request for Proposal ("RFP") process that Microsoft conducted in 2009.

18. In 2023, Microsoft issued a new RFP for prepaid legal services to be offered as part of its employee benefits package. ARAG submitted a proposal, which entailed providing copious information to Microsoft for evaluation, presenting to a selection committee, and participating in a finalist meeting. As previously, only a single company would be chosen to offer the prepaid legal services included in Microsoft's benefit package. Microsoft selected a competitor of ARAG to provide the prepaid legal services benefit going forward and ARAG's inclusion in Microsoft's employee benefits program ended on December 31, 2023.

19. Attached hereto as **Exhibit 5** is a true and correct copy of an ARAG business record produced in this litigation as ARAG009016, consisting of an email chain between



**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

ARAG employees and Microsoft employees dated July 27, 2021. This document was generated in the regular course of ARAG's business and maintained on ARAG's email server.

20. Attached hereto as **Exhibit 6** is a true and correct copy of an ARAG business record produced in this litigation as ARAG008871, consisting of an email chain between ARAG employees and Microsoft employees dated August 12, 2021. This document was generated in the regular course of ARAG's business and maintained on ARAG's email server. Exhibit 6 contains redactions pursuant to LR 5(g)(1)(B) to minimize filing under seal.

21. Attached hereto as **Exhibit 7** is a true and correct copy of an ARAG business record produced in this litigation as ARAG008930, consisting of an email chain between ARAG employees and Microsoft employees dated August 24, 2017. This document was generated in the regular course of ARAG's business and maintained on ARAG's email server.

22. Attached hereto as **Exhibit 8** is a true and correct copy of an ARAG business record produced in this litigation as ARAG009437 and ARAG009438, consisting of an email dated November 2, 2017 and its attachment. This document was generated in the regular course of ARAG's business and maintained on ARAG's email server.

23. Attached hereto as **Exhibit 9** is a true and correct copy of an ARAG business record produced in this litigation as ARAG010610, consisting of an email between ARAG employees and Microsoft employees dated May 13, 2016. This document was generated in the regular course of ARAG's business and maintained on ARAG's email server. Exhibit 9 contains redactions pursuant to LR 5(g)(1)(B) to minimize filing under seal.

24. Attached hereto as **Exhibit 10** is a true and correct copy of an ARAG business record produced in this litigation as ARAG009134, ARAG009135, and ARAG009137, consisting of an email chain between ARAG employees and Microsoft employees dated



**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

November 10, 2021 and its two attachments. This document was generated in the regular course of ARAG's business and maintained on ARAG's email server.

25. Attached hereto as **Exhibit 11** is a true and correct copy of an ARAG business record produced in this litigation as ARAG010636, consisting of an email chain between ARAG employees and Microsoft employees dated August 3, 2017. This document was generated in the regular course of ARAG's business and maintained on ARAG's email server.

26. Attached hereto as **Exhibit 12** is a true and correct copy of an ARAG business record produced in this litigation as ARAG010632, consisting of an email chain between ARAG employees and Microsoft employees dated May 14, 2020. This document was generated in the regular course of ARAG's business and maintained on ARAG's email server. Exhibit 12 contains redactions pursuant to LR 5(g)(1)(B) to minimize filing under seal.

27. Attached hereto as **Exhibit 13** is a true and correct copy of an ARAG business record produced in this litigation as ARAG009139, consisting of a Microsoft presentation titled "Talk Benefits To Me." This document was generated in the regular course of ARAG's business and maintained among ARAG's electronic records in the ordinary course. Exhibit 13 contains redactions pursuant to LR 5(g)(1)(B) to minimize filing under seal.

28. Attached hereto as **Exhibit 14** is a true and correct copy of an ARAG business record produced in this litigation as ARAG009310, consisting of promotional material for distribution to Microsoft employees. This document was generated in the regular course of ARAG's business and maintained among ARAG's electronic records in the ordinary course.

29. Attached hereto as **Exhibit 15** is a true and correct copy of an ARAG business record produced in this litigation as ARAG009892 and ARAG009893, consisting of an email chain between ARAG employees and Microsoft employees dated September 14, 2021 and its attachment. This document was generated in the regular course of ARAG's business and



**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

maintained on ARAG's email server. Exhibit 15 contains redactions pursuant to LR 5(g)(1)(B) to minimize filing under seal.

30. Attached hereto as **Exhibit 16** is a true and correct copy of an ARAG business record produced in this litigation as ARAG010643, consisting of an email chain between ARAG employees and Microsoft employees dated April 19, 2019. This document was generated in the regular course of ARAG's business and maintained on ARAG's email server.

31. Attached hereto as **Exhibit 17** is a true and correct copy of an ARAG business record produced in this litigation as ARAG010037, consisting of an email between ARAG employees and Microsoft employees dated October 13, 2021. This document was generated in the regular course of ARAG's business and maintained on ARAG's email server. Exhibit 17 contains redactions pursuant to LR 5(g)(1)(B) to minimize filing under seal.

32. Attached hereto as **Exhibit 18** is a true and correct copy of an ARAG business record produced in this litigation as ARAG010647, consisting of an email chain between ARAG employees and Microsoft employees dated June 11, 2018. This document was generated in the regular course of ARAG's business and maintained on ARAG's email server.

33. Attached hereto as **Exhibit 19** is a true and correct copy of an ARAG business record produced in this litigation as ARAG010533, consisting of the Microsoft 2022 ARAG Performance Standard Results. This document was generated in the regular course of ARAG's business and maintained among ARAG's electronic records in the ordinary course. Exhibit 19 contains redactions pursuant to LR 5(g)(1)(B) to minimize filing under seal.

34. Attached hereto as **Exhibit 20** is a true and correct copy of an ARAG business record produced in this litigation as ARAG010468, consisting of ARAG's draft answers to a "Questionnaire" issued by Microsoft as part of the 2009 RFP process by which Microsoft selected ARAG to provide prepaid legal services as a Microsoft employee benefit. This



**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

document was generated in the regular course of ARAG's business and maintained among ARAG's electronic records in the ordinary course. Exhibit 20 contains redactions pursuant to LR 5(g)(1)(B) to minimize filing under seal.

Dated this 6th day of March 2025, at Des Moines, Iowa.

DocuSigned by:
5DCB650A312B476...
Ann Cosimano



**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

**CERTIFICATE OF SERVICE**

Pursuant to the laws of the United States, the undersigned certifies under penalty of perjury that on the 6th day of March, 2025, the document attached hereto was served upon the below in the manner indicated:

| | |
|---|---|
| *Pro Se Plaintiff*<br><br>William McNae<br>504 11th Place<br>Kirkland, WA 98033<br>prose.wmcnae@gmail.com | ☐ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☒ Via Overnight delivery |
| *Pro Se Plaintiff*<br><br>Ronda McNae<br>504 11th Place<br>Kirkland, WA 98033<br>prose.rmcnae@gmail.com | ☒ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |

DATED this 6th day of March, 2025, in Columbus, OH.

By *s/Michael T. Mullaly*
Michael T. Mullaly



**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550