UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MCNAE and RONDA MCNAE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ARAG INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:24-cv-00211-TL<br><br>ORDER |

This matter is before the Court on Plaintiffs' Supplemental Filing in Support of Motion to Stay and Rule 26(a)(2) Expert Disclosures. Dkt. No. 49. On February 18, 2025, the deadline for expert witness disclosures (*see* Dkt. No. 42), Plaintiffs filed an Emergency Motion to Stay (Dkt. No. 43). On February 21, Plaintiffs made the instant filing. Dkt. No. 49. In their request for relief, Plaintiffs request that the Court "[r]ecognize this filing as full compliance with Rule 26(a)(2), disclosing Plaintiff's expert witness." *Id*. at 5.

The Court construes Plaintiffs' filing as a belated request for an extension of time to file expert disclosures pursuant to Local Civil Rule 7(j). *See also* Judge Tana Lin, Standing Order for

ORDER - 1

All Civil Cases § III(A). The Court GRANTS Plaintiffs' request this time because the report was only three days late and, as the case has been stayed, there is no prejudice to Defendant from this slightly delayed filing. However, the Court STRIKES the disclosure (Dkt. No. 49) from the docket, as "Rule 26 initial disclosures and discovery requests and responses must not be filed unless they are used in the proceedings or the court orders filing. Nor should expert witness reports be filed unless ordered by the court or unless a report is being submitted for use in the proceedings." LCR 5(d).

Finally, Plaintiffs are cautioned that future failures to comply with deadlines or to file motions for extension in a timely manner and in accordance with the Local Rules and Judge Lin's Standing Order for All Civil Cases may result in sanctions, including the exclusion of witnesses or denial of motions.

Dated this 6th day of March 2025.

Tana Lin
United States District Judge